## 3.20.25, Active and related case summary

Summary of Active Cases:

1. Jeffrey Simpson, as managing member of JJ Arch LLC and derivatively as managing member of Arch Real Estate Holdings LLC and JJ Arch LLC v. Jared Chassen, First Republic Bank, 608941 NJ Inc. Et Al.
   [On the Chapter 11 filing of YJ Simco LLC, the plaintiffs withdraw this entity off of the file to avoid it being removed into the Federal Bankruptcy Court but continue to keep this party named on a similar case below]

   NYS Index No. 158055-2023, Active (Main Case)

   Status: Active, NYS Court, various active Motions, assigned Judge Joel Cohen

   JJ Arch LLC Chapter 11 Bankruptcy Filing, Case no. 24-10381, Judge John P. Mastando III

       Adversary Proceeding (JPM) SDNY Cas no. 24-10381

       Adv. Pro. No. 24-01335 (JPM)

       Adv. Pro No. 24-4025 (Original Adversary Proceeding)

       Adv. Pro No. 24-4026 (Removed Proceeding).

   Status: Dismissed October 11th, 2024, subject to SDNY Appeal assigned to the Honorable Judge Lorna Schofield and then to Judge Vargas, appeals submission have been perfected as of early March 2024.

       SDNY Appeal JJ Arch LLC (1:24-cv-08649) JAV

   Current Counsel on the appeal: Robert Lorenc

   Prior Counsel: Pro se temporarily (NYS Court), DHC (the bankruptcy counsel disbanded and is seeking to be withdrawn). Prior Counsel: Griffin LLP, Wiggin and Dana, Offiit Kurman (for Bankruptcy).

   -----------------------------------------------------------------------------------------------------------------

2. Great American Insurance Company v. Arch Real Estate Holdings LLC, Jeffrey Simpson, Jared Chassen, Wiggin and Dana LLP, Grffin LLP, and Offit Kurman P.A.

   SDNY Case No. 24-10381, 1:24-CV-07139 A

   Adv. Pro. No. 24-4026 (Removed Proceeding), initially Judge Honorable Jesse Furman
   NYS index No. 653208/2024, assigned Judge Joel Cohen

Status: NYS Court scheduling coordination (on going) with the parties. Carrier requests to be relieved of obligations by leaving the remainder of professional liability insurance funds to Court due to competing claims via interpleader.

[to be removed to SDNY]

Counsel: Pro Se temporarily, DHC (prior counsel) walked away on dismissal of bankruptcy.

-------------------------------------------------------------------------------------------------------------

3. Jared Chassen, and 55 Manor LLC, individually, and derivatively on behalf of JJ Arch Nostrand LLC, JJ Haverhill LLC, JJ Tuscaloosa LLC, JJ Pebble Creek LLC, JJ Centre Pointe LLC, JJ Colombia LLC, JJ Midtown Oaks LLC, JJ Myrtle Point LLC, JJ 88 Arch LLC, JJ Cambridge LLC, JJ NCSC LLC, JJ Camelot LLC, and 5401 California Investors LLC  V.  Jeffrey Simpson and YJ Simco LLC.

   SDNY Case No. 24-10381

   NYS Index No. 654928 / 2024, assigned Judge Joel Cohen

   Status: NYS Court motion practice, Preliminary Injunction hearing Jan 15th, 2024. New case filed while the Chapter 11 hearings in number 2 above were active and likely breached the "Stay" at the time.

   Counsel: Robert Lorenc in NYS Court

   Action to be Removed to SDNY as it is duplicate and overlapping of the main case above and my membership shares belong to YJ Simco, now in chapter 11.

   -------------------------------------------------------------------------------------------------------------

4. YJ Simco LLC Chapter 11 filing.
   SDNY Index No: 25-10437 (LGB)

   Status: New Action dated March 9th 2025. Chapter filing to protect assets of the LLC that are at risk of foreclosure (Simpson affiliates only) in addition to the improper disposition of the AREH and JJ assets contained in the NYS action 654928/2024 and in conjunction with 158055/2023.

Derivative Active Cases below (not aware of all since Oak has shut me out of AREH entirely):

1. L&W Supply Corporation v. Arch Builders New York LLC & Jerey Simpson NYS Case 650671/2024, Judge assigned Lyle Frank

   Status: This is a case where Oak was to defend for AREH and Affiliates (per the Nov 2nd 2023 NYS Court Order) and chose not to. <u>I was named personally, even though I did not sign this obligation in a personal capacity. I engaged offit Kurman for Counsel and they walked away when the insurance proceeds halted. If I did not bring on emergency counsel late last year, I</u>

<u>would have faced a personal judgement on 12.23.23 of $500,000</u> <u>improperly.   Now there is approximately 30 days to revisit the situation.</u>

2. White Cap L.P. v. Arch Builders LLC et al (including Jeﬀrey Simpson personally). January 24th, 2024

   NYS Case No: 150701/2024

   Status: Unknown

3. 435 Central Condo Development Holdings LLC et al v Midtown Oaks JV Holdings LLC et all (including Jeffrey Simpson personally), May 3rd, 2024.

   NYS Case No: 652392/2024

   Status: AREH Defendant (not controlled by me currently and they intentionally and improperly carved me out of their defense initiatives) appears to be seeking reassignment to Judge Cohen and possibly consolidating into main case above (158055/2023).  AREH intentionally carves Jeffrey Simpson in breach of the Nov 2023 Court Order.

4. 146 89 Street Funding LLC v. 146 E 89 Borrower 1 LLC et all (including Jeffrey Simpson personally), January 11, 2024

   NYS Case No: 850010/2024, assigned Judge Francis A. Kahn III Status:

   NYS foreclosure of Real Property in Process

   <u>Inactive cases below:</u>

   5.     608941NJ Inc. v Jeffrey Simpson, August 10th, 2023

   SDNY Case No: 1:23-cv-07089

   Status: Unverified but seems inactive since February 2024.

   Note: There has been perception created that I initiated litigation in NYS Court but this action did.  Oak watched Chassen's case in NYS unfold (initiated by me in defense to regain control of my company).   After he failed (they funded it too), they became a Movant in NYS action while keeping this case alive simultaneously to presumably keep their options open.

6. 608941 NJ Inc. v Jeffrey Simpson et al Declaratory Judgement precluding bankruptcy, October 11, 2023

   NYS Index No. 654963/2023

SDNY Case No. 1:23-cv-8966

Status: After this separate NYS case removal to SDNY on October 11, 2023, TRO was issued, followed by conference on October 27th, 2023 with ex Parte Judge Andrew Carter.  Plaintiff withdrew the case immediately after it was not going favorable and SDNY was encouraging settlement.  In lockstep NYS Court granted an Order which precluded a chapter filing without the consent of the members.  It was believed by various counsel that NYS Court cannot chime in on Constitutional issues.

7.	Jared Chassen v. 225 HPR LLC et al, Oct 10, 2023.  Lis Pendis action on JJ Arch controlled investment entity during bankruptcy stay.

    NYS Index No. 1594498/2024

    Status:  Chassen had no authority to do this, he admitted under Oath that he placed this LP but never shared with Jeffrey Simpson or the other Courts.

8.	Jared Chassn v. 225 HPR LLC and 1640 Montauk LLC et al, Oct 16, 2023.  LP action on JJ Arch controlled investment entities.

    NYS Index No. 625785/2024

    Status: Same as above.

Various foreclosure action by lenders in YJ Simco and JJ Arch estate.