UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JEFFREY SIMPSON, individually and derivatively, as : 
managing member of JJ ARCH LLC, suing derivatively as : 
managing member of ARCH REAL ESTATE :
HOLDINGS LLC, and JJ ARCH LLC,    :    Case No.: 1:25-cv-02372 (LTS)
                                   :
        Plaintiff,        :
                                   :
  - against -                    :    **ORDER TO SHOW CAUSE**
                                   :
JARED CHASSEN, FIRST REPUBLIC BANK  :
        Defendants       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the annexed declaration of Allen Schwartz, Esq., sworn to on April 4, 2025, its exhibits and documents cited therein, and the statements pursuant to S.D.N.Y. Local Rule 6.1(d) and the certification pursuant to the Court's Individual Rule 2(b) in the annexed declaration, and the annexed memorandum of law, and upon all prior pleadings and proceedings had herein, it is

ORDERED, that Plaintiff Jeffrey Simpson show cause before this Court at Room _____, United State Courthouse, 500 Pearl Street, in the City, County and State of New York on _____, at _____ o'clock in the ____noon thereof, or as soon as counsel may be heard, why an order should not be issued, (1) pursuant to 28 U.S.C. § 1447, remanding this action to the New York County Supreme Court, Commercial Division for lack of federal subject matter jurisdiction and failure to comply with the requirements for removal mandated by 28 U.S.C. § 1446; (2) pursuant to 28 U.S.C. § 1447, and the Court's inherent powers, imposing sanctions, including the imposition of costs and attorney's fees, incurred as a result of this removal; (3) pursuant to the Court's inherent powers, enjoining Jeffrey Simpson from any further removal of this proceeding without the prior permission of this Court; and (4) granting such other and further relief this Court deems just and proper; and it is further

ORDERED that service of a copy of this Order and annexed declaration and memorandum of law by Fedex overnight mail or other overnight courier to Jeffrey Simpson at his last known address and via email to his email address jsimpson001@icloud.com on or before _____, 2025 shall be deemed good and sufficient service thereof.

Dated: New York, New York

Issued: _____

                                                  _____
                                                  United States District Judge