# EXHIBIT 3

Gmail                                                                                          Allen Schwartz <allen@allenschwartzlaw.com>

### Fwd: JJ NY 550 LLC and 1640 Montauk LLC

**jaredchassen@gmail.com** <jaredchassen@gmail.com>                                            Fri, Mar 28, 2025 at 12:53 PM
To: Allen Schwartz <Allen@allenschwartzlaw.com>

Jared Chassen

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** March 28, 2025 at 12:38:50 PM EDT
> **To:** jaredchassen@gmail.com
> **Cc:** Barry Akrongold <bbakrongold@fortunefinancialllc.com>
> **Subject: Re: JJ NY 550 LLC and 1640 Montauk LLC**
>
> The case has been removed to the federal court and he knows that and Jared admitted to his theft of company assets on a witness stand just two weeks ago, so he is not even a member.  The judge is on the take and the federal court will chime in and the receiver is out of his jurisdiction at this point so he has no ability to do anything either other than am order by the federal court as I objected to his appointment because he also is conflicted and on the take.
>
> So everything is going to sit status quo until the federal court chimes in and even before that Jared had no rights or authority to do anything anyway so this conversation with him is moot and should be disregarded
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Mar 28, 2025, at 12:14 PM, jaredchassen@gmail.com wrote:
>>
>>
>> Pursuant to a Court order entered by the New York County Supreme Court on March 11, 2025, Eric Huebscher was appointed temporary receiver with control, among other things, over 1640 Montauk LLC and JJ NY 550 LLC.  Mr. Huebscher likely requested the payoff statement from you. Nonetheless, in my capacity as a guarantor-defendant in the two foreclosure actions, I hereby also request a payoff statement for both
>>
>> Jared Chassen
>>
>>> On Mar 27, 2025, at 9:59 PM, Barry Akrongold <bbakrongold@fortunefinancialllc.com> wrote:
>>>
>>>
>>> Gentleman,
>>>
>>> Please confirm that you have requested a payoff letter for both properties

through April 15, 2025.

Thank you

Watermill Capital Holdings LLC