**EXHIBIT 5**


# Re: Pre-Motion Letter-Jeffrey Simpson v. Jared Chassen, et. al., Case No. 1:25-cv-02372 (LTS)

**Jeffrey Simpson** <jsimpson001@icloud.com>　　　　　　　　　　　Fri, Mar 28, 2025 at 12:44 PM
To: Allen Schwartz <allen@allenschwartzlaw.com>
Cc: "robert lorenclaw.com" <robert@lorenclaw.com>, Leslie Thorne <Leslie.Thorne@haynesboone.com>, Aishlinn Bottini <Aishlinn.Bottini@haynesboone.com>, "Jonathan T. Koevary" <jkoevary@olshanlaw.com>, "Jeremy M. King" <JKing@olshanlaw.com>, Allen Schwartz <allen@allenschwartzlaw.com>

It's quite interesting now that you would write such an email when immediately after I removed the action I sent an e mail referring explicitly to what the rules are of the judge but now you've decided that you want to follow them after you've already sent letters to the judge making demands?     Again there's a reason that that we refer to you as the Nebbish.  Given the content of your letter I don't see what there will be to discuss as a pre-conference because you are continue to be delusional that your client did theft that subject to the penal law and oak is also delusional that they think they could try to continue to harass me improperly.   So this will get adjudicated when we are properly in front of the federal court and until then I guess you'll have to sit back and think about all the discovery that you need to prepare as I reminded you just a few days ago.

Ps - judge Cohen even said that the lines of plaintiff and defendant have flip-flopped pretty considerably so like usual you like to use what works for you vs what doesn't work for you and don't worry I have a very long list that I'm putting together of all the times that you've lied to the court the same goes for Leslie and for our friends in Olshin Fromm. And quite frankly gosh your client , Jared, should really be thinking long and hard about what it means to lie to a federal court under oath which he did in March 2024, in addition to your lies to the state court about your relationship with Oak.

So here is the pre-motion conference, send over the joint defense agreement and then we'll talk.

Have a nice day


Jeffrey Simpson

Sent from my iPhone

> On Mar 28, 2025, at 11:00 AM, Allen Schwartz <allen@allenschwartzlaw.com> wrote:
>
>
> All:
>
> Please see the attached correspondence in accordance with Judge Swain's rules governing motion practice.
>
> Thank you,
>
> Allen
>
> Allen Schwartz, Esq.
> Schwartz Law PLLC
> 150 Broadway, Suite 701
> New York, NY 10038
> Tel: 347-460-5379
> Cell: 773-808-8972

Email: Allen@allenschwartzlaw.com

<Pre-Motion Letter to Mr. Lorenc and Mr. Simpson .pdf>