# EXHIBIT 6

Allen Schwartz <allen@allenschwartzlaw.com>

## 158055-2023 emergency relief sought

**Jeffrey Simpson** <jsimpson001@icloud.com>                         Sun, Feb 9, 2025 at 11:45 AM
To: Kevin Wiener <kwiener@35oak.com>
Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35oak.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35oak.com>, Michelle Miller <michellemiller6@gmail.com>, "Hon. Joel M. Cohen" <jmcohen@nycourts.gov>, Eric Szkarlat <eszkarlat@nycourts.gov>, emergency@nycourts.gov, Complaints Hotline Fraud <fraudcomplaints@dany.nyc.gov>, Adm Judge NYS <SFC-Part20-Clerk@nycourts.gov>, cjc@cjc.ny.gov, bragga@dany.nyc.gov, Joshua Obstfeld <jjobstfeld@fbi.gov>, Inv Eric Ryan <eric.ryan@troopers.ny.gov>, Kofi Sansculotte <sansculottek@dany.nyc.gov>

Good morning Judge Cohen,

Of course I'm sorry to bother you on a Sunday but given the time frames involved in this case there is no time to wait to solve for the issues described here in.

Given what has been decided by this court, Robert Lorenc has had to spend around the clock hours trying to meet deadlines while dealing with all of the noise that these horrible individuals do without any remedy whatsoever, in addition to me being next to him alongside all the issues because he couldn't possibly learn in any reasonable period of time.  So exactly as we predicted these folks will avoid stepping to the table and telling the truth at any costs.   You may say it's not proper to send an email to the court and I will tell you it's not proper for me to have lost everything important to me in my life based upon orders that were all predicated and lies that this court somehow endorsed.   If the below dialogue doesn't illustrate to you what it is we are  dealing with here, you will already confirm what I might know is that you're never going to give me the proper chance and due process that must exist in this state, country and in this environment.

I wrote a letter to you without counsel in late December begging you for the countless times to provide me the joint defense agreement how these guys are working in collusion.   I also begged of you to get witnesses to the table to deal with the issues at hand and all these false accusations they've made of me of 1.5 years which has ruined my life and everything around me and has actually taken all civil rights away from me under the constitution of United States of America.   These are Canadian nationals and they don't care and I told you in your courtroom and you said they can't be judgment proof but they are and that's why they will do anything to lie through the crimes they've committed.    The below is indicative of exactly what I've described to you since August 2023 and you refused to listen.

You endorsed my letter at the end of December 2024 clearly saying that you had no issues with the witnesses and if anyone had objections they must reply timely (that was six weeks ago).   We all know this motion has nothing to do with four properties that I have under control and I always have to be the best of my ability putting a 60 hours a week without any pay and they are simply using it as a way to chastise me because unfortunately Your Honor took everything away from me regarding the company I built called AREH.   These properties were a dot on the wall, and there is no other partner other than me because he's been wiped out countless ways via theft and extra Illegal activities that you actually said on the record.   You also said on the record that he had no control of anything since 2021.   You also fired him for me when you nullified the contempt when I removed him the second time for stealing.   So where is the justice here?    I've wasted over $ 1 million in legal, my career ruined because of court that don't make any sense.   And yes I have made complaints to every possible angle I  can that this judge that is doing the wrong thing.   And as you said I'm allowed to do it.   So we could dance with motions in the court or we can talk about practicality and common sense of what is happened under your watch and mistakes.   And if your answer is well Mr. Simpson you can make a motion for that, my answer is no thank you and I will take this up the chain wherever I need to go because no Lawyer on the in the right mind will help me when there is no justice and there are no rules or laws that are followed And this allows these people to do these things so it either means that you are corrupt with them or you were simply oblivious to the circumstances .    I've done my dance with you by coming to court solicited without counsel (absolutely inappropriate) and we are past formalities at this point because the rules don't actually matter to you because you don't follow them.   If you did, I would not be wasting my weekend and every waking hour of my life fighting to maintain my dignity and my integrity which is the only reason why we're here is these guys are thieves and you will not do anything about it other than tell them "hurrah hurrah masterful workmanship".    Shall we bring in every Investor that lost money because of your court orders?   Shall we bring in every lender that has trouble because of your court orders?   Should we bring in the vendors who lost money because of your court orders?   Or the families of folks who've taken their own lives because of the money they've lost as a result of this.   When does it end?   So of course because you're a judge, the next judge is going to follow suit to whatever you said so these people have duped you inappropriately and lied to you and I've shown you this and if you don't want to look at it we could wait for the results of the council for judicial conduct.   And yes if you do not maintain that these people follow the court orders, I will be asking for your recusal immediately.   And if not I will not stop until I find justice and I will call every person in our governmental system until someone listens to what has gone down here.   My life , which has been a good citizen who has been a good business leader who has an impeccable track record , this court decided to mess with a business that I built after these people  stole from me illegally.   There was the status quo after the theft of these people accomplished, and you've helped them for 18 months and I sent you a letter showing you the destruction that occurred under your watch.   You clearly will have to live with that the question is are you going to allow this to continue or are you finally going to illustrate a process for justice and demand that these people come to court immediately and tell the truth?   Because if you won't we all know the next step and I may be told no 10 more times but I will keep going and you could try to take more away from me or ask for me to be arrested (not sure how this could happen because I've begged to have the other parties investigated and prosecuted and nobody will take my phone call) or whichever else you decide that has no merit (other than the lies that are told to you that you listen to) all good because I've done nothing wrong and I have nothing to hide.   The issue here is a court of non-competent jurisdiction, who has been biased since the first day and has made rulings that are not at all practical or thoughtful or considerate to anything or anyone here especially when you can't even remember what it is you offered in a prior order or transcript.   So you may not like my tone and you may criticize me and tell me that I'm not being proper but again if someone took from you what's been taken for me I would love to see what your tone will be like.

No, I'm not asking Robert to do another thing on this case until I get justice and I see this Court is going to do its job and immediately seek the truth from villains  and lawbreakers.   There is no need for discovery, there's no need for subpoenas, there's a need to put these people on the witness stand immediately.    I have come to you countless times, spoken up without fear of anything that I say to be used against me because I don't have to look in the rearview mirror I know what is right or wrong and I don't lie to anybody about anything.   My words are not swallowed and my integrity means more to me than anything so I will come to your court when the moment you're ready and I will get on the witness stand any answer any questions with or without counsel but there's no other which I'm going to sit through a subpoena or I'm going to invest another dollar in this ridiculous litigation for these people's malicious intent that this court is blinded by.   And no Allen Schwartz, this does not at all suggest that you get to proclaim victory, it simply says that I'm not going to accept what this court has to say unless it follows its own orders and direction and we will look to another court if they will not do it.

All right reserved and yes I am copying every possible avenue of the NY court system that I know because there's no justice here.  I will forward along later to the Southern  District and make sure that all the judges who have touched this case have also seen what's going on here because it is not lawful.
And just to be clear because I have nothing to hide, I did reach out to the US Attorney General yesterday DOJ and I also reached out to the chief of police of New York City.   We will see what all the lawmakers have to say about what is happening around $1 billion company that has theft in the hundreds of millions and no enforcement and the guy who's been the most compliant (by contract) and most loyal to everyone involved is positioned to be hung or chastised all because of a court that doesn't get it?

Sincerely

Jeffrey Simpson

Sent from my iPhone

> On Feb 9, 2025, at 10:48 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Yes we will I'm not waiting months we are doing this right now.   The whole company should've been bankruptcy a long time ago when you shit the bed again why don't you admit you didn't have the money?????   Frank told us you were out of money and we started the dissolution process which means you could not do anything.
>
> You are in this here and now , there is no backsies.  Unless of course you're going to burn Jared down because it's going through my mind that you might and yes I am smarter than all the lawyers here including the judge as I told him to his face because this is my business and I built it, not  some idiot from Canada but doesn't know his ass from a hole in the ground

Jeffrey Simpson

Sent from my iPhone

On Feb 9, 2025, at 10:26 AM, Kevin Wiener <kwiener@35oak.com> wrote:

For someone who thinks they're smarter than all the lawyers it's kind of funny you can't tell the difference between a direction about case discovery and motion discovery.

I would have been disposed six months ago if it wasn't for your little bankruptcy gambit.

And I'm scheduled to be deposed by late April under our current discovery schedule, but I'm sure that will end up getting kicked back again because you change lawyers faster than most people change clothes.

You're your own worst enemy, Jeff.

Anyhow, bring your motion.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-02-09 10:10 a.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35OAK.com>, Michelle Miller <michellecmiller6@gmail.com>
Subject: Re: 16th Street - Request for Consent

**EXTERNAL**

I am not sure what you're saying but again like usual you avoid the obvious and try very cleverly to shift people off track you've done it to Judge Cohen countless times or I should say Leslie Thorne has done it.  Simple question - if the answer to the question is not yes we will be going to court tomorrow so everyone should get prepared on this email because that is a motion we're going to make and I'm not going tolerate any more of your nonsense because you guys are nothing but thieves and illegitimate people.   Again, go read the court order where he stamped my letter in late December and he said that he had no issue with my witness list and if anybody had an objection they are to timely advise and that did not happen so therefore we will be making a motion to compel since you have not followed the court order in the slightest since the beginning.   And if cohen  doesn't agree, it will be immediately appealed because he already agreed to it and that will tell us that you and him have something going on so there you are Kevin in the corner, stand up and tell the truth for once in your life

Jeffrey Simpson

Sent from my iPhone

On Feb 9, 2025, at 9:59 AM, Kevin Wiener <kwiener@35oak.com> wrote:

I guess that's a no on producing those books and records.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-02-09 9:52 a.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35OAK.com>, Michelle Miller <michellecmiller6@gmail.com>
Subject: Re: 16th Street - Request for Consent

**EXTERNAL**

And here comes the avoidance Kevin.   Jared was explicit in his affidavit about what has happened since the beginning of time in this litigation and the judge has granted discovery regarding a relatively wide period of time and it's going to include Jared stealing the company via you and that's why we're having this conversation.   Also, Mr. Swartz here is very cagey about his real desires because we all know he's really trying to get a receiver for JJ because of the JJ entities for your benefit not because of these four properties so let's stop the bullshit right now and again if you are going to deny Being a witness you had the opportunity to do that when I put the letter on the docket in December .   So tell me now and we will make a motion tomorrow in court to make sure we get your lying self on the witness stand under oath.  Maybe we won't have to wait until the 25th to get the truth out of you and again send the joint defense agreement now

Jeffrey Simpson

Sent from my iPhone

On Feb 9, 2025, at 9:48 AM, Kevin Wiener <kwiener@35oak.com> wrote:

Jeff you already said these properties have "nothing to do with" me so how could I give relevant testimony about them?

Given you have time this weekend to dig through three year old texts maybe you should use that time to give Jared some of the books and records you've been ordered to provide for the last year.

Sent from my Galaxy

-------- Original message --------
From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-02-09 6:16 a.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35OAK.com>, Michelle Miller <michellecmiller6@gmail.com>
Subject: Re: 16th Street - Request for Consent

**EXTERNAL**

This is a good one it shows loyalty.
Like I said in my papers to the court, the highest bid wins with this guy, at least effectively after he had a third child in 2023 occurred when he lived the life he couldn't afford.  You see he wanted to be as successful as me but he couldn't keep up and I told him lay low you're much younger you need years to do the things I've done and to build wealth that I built (outside of and prior to Arch).  But you know when someone's like your little brother I guess you can't see through it which I guess I was completely jaded if I've done anything wrong it was about this individual who I gave millions of dollars to and 12 years of my life that was not deserved in the slightest.   And that is why in 2021 we change the agreement because it was obvious that he was someone that could never be trusted as a co-manager or someone that can make decisions to control the business in anyway. The one that I built that he simply rode my coat tails.   It's going tonbe great when we get one on the witness stand we find out from people what they think he actually did because this question came up often especially from our head of HR, someone else you commandeered.   You see I have nothing to hide there's no agenda, here my agenda is absolutely the truth and nothing more than the truth, no games no throw the ball out there then pull it back the moment it doesn't work for me.   All genuine unlike the rest of this crew here that is full of shit and somehow got these lawyers to back them when I couldn't imagine snooker in the right  mind would support these endeavors that are illegal improper and frankly disgusting.   Bring in 100 people about me, 200, 300 1000, actually I know thousands in the industry and ask anyone of them if I am someone that's not trustworthy Reliable or honorable on my word and I think you're going to  have a really hard time finding anybody say anything other than the contrary and that's why William Wiener liked me so much.   I did not realize that that man apparently is not so honest himself but how would I know.   If he disclosed to me in 2003 he had the issue that he did and made allegations about his partner that sounded to be disgusting, similar to what you're doing to me, I would've ran for the hills from you guys but I just didn't need you.   That's the difference between 20 years or more of hard work and dedication without asking for a raise without asking for promotion, it just comes naturally to those that work hard and show their abilities through actions rather than words to have no merit or back up or support but the simply pay your way through a broken system to try to save your rear end because you could not fulfill your obligations under  the agreement.    It's on the docket that Frank said you don't have the money, so did Michael.   Why this judge can't see it it beats the hell out of me and if you haven't noticed I called him out directly one on one and anybody else that wants to come to Court stand up and speak up honestly let's do it whenever you're ready because I have nothing to hide and I'm not going to have this sparring with you about bullshit I'm going to  deal with the facts and they are all right here.

And to be so clear on how I judge partners, you'll see below Jared wanted to participate with Nir Meir, push me countless times and Michel is my witness to it.   I pushed back as much as I could without insulting my junior partner at the time.   Then eventually I killed it off because I knew the guy was guilty and belonged in jail and that's where he is.   These people that he was desperate enough to run to in the absence of you funding your obligations so again the fictitious stories about me and my issues have nothing to do with the failure of Arch.    It's all about a funding partner that shit the bed and yes you had no other role.

So I have a simple question.  Are you or are you not going to participate in the 25th hearing and say the truth?   It's a pretty simple yes or no usually you don't answer yes or no questions because it's very hard for you to do that but at this time if I hear anything other than yes or no I'm just going to ignore it and I'll just wait the process out.   But if the answer is yes , great let's actually all agree on a witness list and let's start talking how to get everyone to the table properly through a due process and we will let the issues and the results float to the top.   If you don't affirmatively say that you're going to participate, that is definitely a trigger and I think we should just bring this to the court tomorrow and again if he's not willing to listen that's fine he knows my position and so do the people around him and he's already endorsed what I've asked for Contrary to what Schwartz  is trying to do .   Additionally, if you have questions you could have a look at my letter that I issued to the court in late December and the judge endorsed it and said that he had no objection and that if others had objections they needed to timely respond with an objection and you never responded and each one of you are on the list .   And that is 45 days ago so timely has passed.  So again yes no?

<IMG_2247.png>

Jeffrey Simpson

Sent from my iPhone

> On Feb 8, 2025, at 8:48 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
> $3 billion in development and no one taught you how to lease a single rental unit in the Hamptons?
>
> Sent from my Galaxy
>
> -------- Original message --------

From: Jeffrey Simpson <jsimpson001@icloud.com>
Date: 2025-02-08 8:44 p.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>
Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35OAK.com>, Michelle Miller <michellecmiller6@gmail.com>
Subject: Re: 16th Street - Request for Consent

**EXTERNAL**

So I've done $3 billion of development in my 25 year career. Your father bought the property across the street from us in Florida for 2 1/2 times the price we paid for the one right there identical. You know how many family meetings we went to where your brother and your father would fight with each other about the basis that he paid for this property? Or then there's your brothers stupid restaurant idea oh the one where they tortured Jared's best friend and threatened him. What about the rental apartments where your family decided to hire Jareds brother who's a thief. I could've been clear with your family it would turn out badly but instead Michael did what he did and it turned out terribly and then you threatened to sue his brother and Jared told me about it. No Google reviews needed for a stranger let's just ask Jeremy and Mikey. Easy phone calls.

So I'm pretty damn good at what I do and it was impeccable until you messed with it. The tax deductible properties that we bought for JJ have nothing to do with anything and that's all you could do to pull straws? You burned down $200 million investors money! That's a serious time jail time for fraud. Insane, how you keep justifying it. So now you keep whining like Alan Schwartz because you have nothing of substance other than the failure of your family and trying to blame me but you will not be successful because it doesn't exist and that's why not one lender or investor is pursuing me because they know I've done nothing wrong it's you that are the lying cheating thief. And nobody wants to deal with your shit and that's why so far you've made it out with your nose clean but it won't last because the long game is how this really works but you're too young to know and you're too inexperienced to have any sense of reality so I'm sure the video games are waiting go enjoy them.

Keep going Kevin you don't have anything of substance to say because if you did you would've said it in a year and a half this game has been played instead of lying to the court in sworn affidavit and sworn statements which are full of absolute perjury. And I can't believe Big law firms did that for you too maybe they don't realize that they commit perjury for you but they did so again let's get everyone on the phone to talk through the corporate structure because you're scared shitless of what you've done. This is what the litigation will be focused on not what you think about the circumstances because you're not someone of any credibility whatsoever regardless of some reason the judge has a thing for you and throne and I can't quite understand why. Schwartz has lied to him countless times where he caught him in the act but somehow we're still talking about him and his client who are gone by every imagination other than you were funding some operation for further collusion so send over the joint defense agreement because it's coming anyway or if it's not you are going to have some pretty big questions left unanswered in this process. Notice how none of your lawyers answering because what could they possibly do to protect you here you can't keep up with the fact that you breached every agreement.

Jeffrey Simpson

Sent from my iPhone

> On Feb 8, 2025, at 8:24 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
> Its funny you keep blaming me for your incompetence while 89th St (which we had nothing to do with notwithstanding you stealing AREH resources to build it for you) went over budget and into foreclosure just like all your other projects.
>
> Personally I would consider "capable of keeping a rental property in the Hamptons tenanted during the summer so the mortgage doesn't go into default" to be the bare minimum of managerial competence but you can't even manage that.
>
> I would say that at least you've finally achieved your true calling of being a used car salesman, but well...
>
> <993984226_1739063958605_537103.jpeg>
>
> Anyhow, I know that screaming at people and bullying them until they give in has worked for you your entire career. It must be truly disconcerting to realize that my family and I have no fear of you whatsoever, and that for the first time in your life you'll be held accountable in a court of law rather than extorting your way into a settlement that keeps your malfeasance hidden from your next victim.
>
> See you at your deposition, Jeff. It's a moment I've been looking forward to for a long time.
>
> Sent from my Galaxy
>
>
> -------- Original message --------
> From: Jeffrey Simpson <jsimpson001@icloud.com>
> Date: 2025-02-08 7:43 p.m. (GMT-05:00)
> To: Kevin Wiener <kwiener@35oak.com>
> Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35OAK.com>, Michelle Miller <Michellecmiller6@gmail.com>
> Subject: Re: 16th Street - Request for Consent
>
> **EXTERNAL**
>
> So the double agent, a day after the July 19 memo which I demanded he reply to you and say no

and he refused so that was default number one for those of you that want to know, here is the discovery it's right here

He refused to say no to your memo, he had a solution for everything but clearly you could see from this dialogue and we could ask Brad Lavender that nothing to do with what was happening was a me thing it was a money problem that did not exist via our funding partner who got paid 50% of the promotes via Arch property holdings 1 , in addition to any other distributions after the return of member loans.

But you happened to show up shortly there after, the guy that plays video games who has no experience but tells everybody how good he is a litigation even though he hasn't touched a piece of real estate in his life.

 I see you took Michele off but but she is welcome to join because she was a junior partner who made a lot of money with us via ARPH I and she was part of the group that did the bad acts and you seem to think that this didn't exist or have any relevance but that's the only way she could've possibly existed in our whole structure .  So let her read these words too and come and tell me that I'm wrong because she knows I'm not wrong.

<IMG_2236.png>

Jeffrey Simpson

Sent from my iPhone

> On Feb 8, 2025, at 7:00 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
> Property Holdings is solely responsible to distribute promote distributions.
>
> If any promote distributions payable to ARPH arise we'll be sure to let you know (I wouldn't hold my breath).
>
> It does not have, and never has had, any management or consent rights over any property.
>
> The ROFO provision only applies if JJ or Oak want to sell a property without the consent of the other. The Melrose sale was effected with the consent of both AREH members (with Jared consenting on behalf of JJ Arch, as he is permitted to do by court order).
>
> So yes, despite your best efforts we were able to salvage some of the small amount of value that remained in the portfolio when we took over. Why you are dead set on ensuring that investor recovery is absolute zero I will never understand.
>
> Sent from my Galaxy
>
> -------- Original message --------
> From: Jeffrey Simpson <jsimpson001@icloud.com>
> Date: 2025-02-08 6:38 p.m. (GMT-05:00)
> To: Kevin Wiener <kwiener@35oak.com>
> Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35OAK.com>
> Subject: Re: 16th Street - Request for Consent
>
> **EXTERNAL**
>
> So somehow you think the lawyers know more than me but actually I know more than all of you as I told the judge and let's illustrate here below.
>
> Where should we start?
>
> Arch Property Holdings 1
> - Look at the purpose, look at the members
> - Look at who's in charge
> - Or should we look at cash flow on both capital accounts and distributions?   The class B member has the right to distribute cash nobody else.   So no the court order did not give you a chance to pay yourself or transact.
> - Is covered by Delaware law!
> - Shall we look at the insurance provision? Who is responsible for that and only one responsible for that yes, that's me again class b member
>
> Oh and then there's 7.9 under AREH, yep that is where you were supposed to give me a ROFO for Melrose, as an example.
>
> Since no one takes it seriously, let's look at Michelle's agreement.  Does it not explicitly say here that she has a duty of loyalty to JJ Arch and its principals?   Does it say she has confidentiality requirements?   Don't you think those are broken the day that you started doing things behind my back and meeting with infinity without my consent which she admitted to in early July 2023?    Or should I send you the same meeting invite that Steven Kassin sent to me Weir he too thought it was weird that I was not invited to this meeting that Jared and Michael coordinated.
>
> Or shall we talk about how she worked for you and you paid her on the payroll in August 2023 and that's explicitly prohibited see below that's for at least three years

so how did that work Kevin? That's all governed by Delaware law too.

Oh and then there's the thing about my remedies when she participates in solicitation. Jared has the same remedies but somehow his scum Lawyer pushes this judge around to somehow give relief even though it's blatantly obvious what he's done is absolutely illegal and improper.

So keep going Mr. know it all and not think that we understand exactly what you're trying to do with these JJ investment entities which is further circumvention of me and further trying to oust me in ways that are absolutely improperly illegal and as I keep telling you and I will not stop until this is done the contracts speak for themselves it's you who create some garbage narrative about me that is dead wrong and the fact that New York State is not enforcing it that's on them and as you know I am following up on investigation of such it is no secret. So I hope the lawyers here are looking carefully as to what is going down because I can do this all day and all night as I really understand what these documents say unlike someone that reports to know who has no clue and irresponsible irrational and do not include any proper authority but why would you do that if it wont benefit you?

And once again don't tell me about Shabbat, it's for those that are considerate of the 613 mitzvot which you don't even know what means. If you did you would not be doing any of this horrible disgusting behavior that you have been doing.

image0.jpeg image1.jpeg image2.jpeg image3.jpeg image4.jpeg

<image5.jpeg>
<image6.jpeg>
image7.jpeg image8.jpeg image9.jpeg
<image10.jpeg>
image11.jpeg image12.jpeg image13.jpeg

Jeffrey Simpson

Sent from my iPhone

> On Feb 8, 2025, at 3:02 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
>
> Shabbat shalom to you too Jeff
>
>
> Sent from my Galaxy
>
>
> -------- Original message --------
> From: Jeffrey Simpson <jsimpson001@icloud.com>
> Date: 2025-02-08 2:40 p.m. (GMT-05:00)
> To: Kevin Wiener <kwiener@35oak.com>
> Cc: jaredchassen@gmail.com, Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "robert lorenclaw.com" <robert@lorenclaw.com>, Bill Wiener <BWiener@35oak.com>, Frank van Biesen <fvanbiesen@35OAK.com>
> Subject: Re: 16th Street - Request for Consent
>
>
> **EXTERNAL**
>
> Wow it's also amazing that you forgot that SDNY Judge Carter was very clear with you and whichever attorney you had at the time that filing a bankruptcy is not your decision or New York State decision but it's for the decision of the bankruptcy court. Now of course the moment you didn't like what you heard, what did you do? you pulled the plug. I think it's six times that you have withdrawn some form of application or motion between you and Chassen when you had to disclose the truth.
>
> You had no business involving yourself in the JJ Arch bankruptcy and of course you decided to hire Olshan improperly to sue the insurance company right in the midst of the bankruptcy and how convenient that Jared made the insurance claim at the same time. Have you shown Olshan the Arch property holdings one agreement where it says the only person that could control insurance is JJ Arch? That would make their insurance claim frivolous wouldn't it and may be subject to sanctions. Jared has said countless times that if he gets any insurance money he has to give it to you anyways. So again the truth will all come out of the crooked nature of your business that you've done. If you were not scared of the truth you would actually engage in some sort of dialogue around the truth but you were scared to death over what is going to come out when it does and that's why you spend millions of dollars surrounding it for you and Chassen's legal campaign collusively together to hurt me all because your childish ways of handling a tough situation which I had under control but you had to undermine me because your brother just didn't know how to keep his pants on in June 2023 . And that is the story that will be

heard ,it's no technicalities it's the dead truth and everyone in my office knew it and you even ran your mouth telling people how "let them chase me in Canada" which were your words.    And if you want to talk about Lawyer 's advice, I'm wondering which lawyer advised you that you could oust me illegally out of my business that I built by stealing my bank accounts and stealing my intellectual property?   Was that Leslie or Brad or was that just your mother or father or someone in your family or maybe it was you?   Remember the words "you can go the easy way or the hard way"?    I think these were Michael's words.   Chassen can confirm in his deposition.   Or what about the word you told partners of ours, "we are really good at litigation".   Yes, I'm aware of all of it.

Who is the creative one that came up with the bullshit about the guys in the distillery district of 2003?   Boy doesn't that story sounds so familiar.   You tell people that you developed that thing I don't believe you developed anything at all in your life none of you did so if you want to talk about misrepresentation, that's you.   You didn't disclose to us that you sued your partner for ridiculous reasons.

How is the litigation going with the other two companies that your brother failed your family's investments in?   Is Leslie in on those too?  how about Allen?

Shall we bring your dad back from so-called retirement so he could chime in on his bad act too?   The same guy who sat at Frank's brother's boat club and literally told me that I was in his words a "pussy" and  not tough enough while  Frank sat across from us he told me that I should be more easy-going.  All at the same time where Jared and Michael were drinking with jason Paul and having the time of their life .  We will investigate what happened at that dinner too.  Shall we invite Frank's brother too to tell us how horrible the situation was because clearly it wasn't everyone was pretty damn happy other than your father just being absurd and being nasty, the evil side that came out of him that night that I never saw before.   Is Frank prepared to lie for you guys?

  And then there's Charles....   the childhood friend who has no problem asking for the most ridiculous things in the world and causing trouble and yes the same guy that did work for the family as affiliated with the Brandon Miller suicide situation from your hometown with Madison Realty Capital cap as the lender there too.   And Zac and Wendy were brought into that situation too and after you lied to me and told me they were not involved in our situation when you circumvented me behind my back and Josh Zegen told me himself that Wendy was involved.  So yes it is not simply some just coincidence, that family was found murdered by their pool.    This is nothing to do with Jimmy Hoffa this has to do with people that are hanging out together and investing in similar situations and death is following them.    Let's bring them all in one by one to get the truth out of every one of these people.   You are clearly not so important and I highly doubt people going to lie for you other than the threats that you've made to them.  The question will be , do you try to withdraw this time?   It won't be surprising but you know it will be a really hard test to see how loyal you are to Jared and Allen.   They've made so much noise that it will be difficult for them to pull the plug this time but maybe it doesn't matter because it's not like anything really matters to you or anyone else other than yourself.

Have a great day.


Jeffrey Simpson

Sent from my iPhone

> On Feb 6, 2025, at 12:58 PM, Kevin Wiener <kwiener@35oak.com> wrote:
>
>
> You know, now that your 17th lawyer has quit you'd think you'd start to re-evaluate your priors on whether you are properly reading and understanding the documents.
>
> The MM entities do not need your consent for a sale. They need your consent to amend an operating agreement, admit a new or substitute member or for a self-dealing transaction where the manager is being paid for services at a higher rate than would ordinarily be paid to a third party.
>
> We have never done any of those things.
>
> Your theory about how anything becomes a self-dealing transaction when Oak is on a guarantee is ridiculous, totally disconnected from the law, and certainly doesn't apply to 16th Street where Oak isn't even on the guarantee.

Why don't you find me a single time, in all the years you ran Arch, where you obtained a single written consent from an MM entity in any transaction? You can't, because you didn't. Because you're grasping at any straw to try steal value from this business by weaponizing any consent right you can establish or invent. It's been your MO since day one.

Of course all these very important consent rights go right out the window if you're managing an entity you want to put into bankruptcy, don't they? Funny how they disappear the moment they are inconvenient to you. I'll bet you didn't get David Heyman's advice before you put JJ Arch into bankruptcy or before you tried putting AREH into bankruptcy, did you?

Anyhow good luck with laywer 18. Maybe this will be the one you actually listen to for once.

Sent from my Galaxy

-------- Original message --------
From: jsimpson001@icloud.com
Date: 2025-02-06 12:44 p.m. (GMT-05:00)
To: Kevin Wiener <kwiener@35oak.com>, jaredchassen@gmail.com
Cc: Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, "'robert lorenclaw.com'" <robert@lorenclaw.com>
Subject: RE: 16th Street - Request for Consent

**EXTERNAL**

No, you absolutely did not. I pointed out to you the consent requirements in the first e mail note and you simply avoided answering it and I am saying again. Read all of the litigation documents, it is repeated countless times. See the Transcript with Cohen, I literally illustrated it to him and Allen tried and fell flat on his face with no understanding of it and Cohen saw that too. So once again, you are dead wrong. You think the Non Member Manager authority is enough but it is not. Again, let's ask David Heymann right now? You ready? Let's call him together. He drafted the docs. If you do not agree to discuss this with him (you or your lawyers), you are admitting to guilt and again it will be part of the Court proceedings coming up.

**From:** Kevin Wiener <kwiener@35oak.com>
**Sent:** Wednesday, February 5, 2025 11:34 AM
**To:** Jeffrey Simpson <jsimpson001@icloud.com>; jaredchassen@gmail.com
**Cc:** Michael Wiener <MWiener@35OAK.com>; leslie.thorne@haynesboone.com; allen@allenschwartzlaw.com; jkoevary@olshanlaw.com; robert lorenclaw.com <robert@lorenclaw.com>
**Subject:** RE: 16th Street - Request for Consent

Hi Jeff,

We proceeded with the sale prior to foreclosure and were therefore able to avoid a complete wipeout.

We obtained all the required consents to do so.

Regards,

Kevin

Sent from my Galaxy

-------- Original message --------

From: Jeffrey Simpson <jsimpson001@icloud.com>

Date: 2025-02-05 10:55 a.m. (GMT-05:00)

To: Kevin Wiener <kwiener@35oak.com>, jaredchassen@gmail.com

Cc: Michael Wiener <MWiener@35OAK.com>, leslie.thorne@haynesboone.com, allen@allenschwartzlaw.com, jkoevary@olshanlaw.com, ssouthard@klestadt.com, "robert lorenclaw.com" <robert@lorenclaw.com>, David Heymann <dheymann@meltzerlippe.com>, "Gary M. Meltzer Esq." <gmeltzer@meltzerlippe.com>, Frank van Biesen <fvanbiesen@35OAK.com>

Subject: Re: 16th Street - Request for Consent

**EXTERNAL**

No reply?

What the people who do illegal activities are going to admit they actually did something illegal?

Why are you scared to have a call with David Heymann? You don't want to hear the truth? It's coming anyway. I'm actually helping you to try to stop you from doing more fraud than you've actually done. Tell the Court about my scorch earth campaign but I'll keep going with my version which is actually true that you completely circumvent consent

Jeffrey Simpson

Sent from my iPhone

> On Jan 30, 2025, at 11:56 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> I am resending to make sure that the folks here have received my note because sending me things the night before is already a problem and then when I respond and use my time and energy to actually deal with the issues at hand within 12 hours, it will not go unnoticed to not even get a response to the issues laid out herein.
>
> And simply moving forward as you have done in the past Kevin doesn't actually work and it will catch up with you because I will not stop until folks actually understand what it is you're doing which does not have authority, it's not proper, and it's frankly improper and probably fraudulent. But no response is actually a response and it usually means that someone is guilty as charged.
>
> My availability between now and 230 is no longer possible as I have other engagements so I guess if you do what you do, you know the risks and you have been warned and again go run to Court and tell the Judge. I would encourage you to do so because we will be dealing

with this anyway in discovery in just four weeks from now, the truth will come out in a way where someone's actually listening if it's from me or others.

Good luck and have a nice day.

Jeffrey Simpson

Sent from my iPhone

> On Jan 30, 2025, at 6:59 AM, jsimpson001@icloud.com wrote:
>
> Morning,
>
> Thank you for sending. My commentary and concerns are below:
>
> It is certainly curious that the lender is "writing a check" when you assert that the property is worth less than the debt. Please explain. Do you have property BOV's that illustrate value? What steps were taken to come to the conclusions that you arrived at? Documentation is much more valuable that your commentary, please consider when sending.
>
> The general synopsis provided is certainly not sufficient and when you were the Investor Member (for the negative controls), we alerted you on the first days of any transactions, kept you up to date on all events and offers (ask Frank), and also made sure that other investors were educated about the possibilities prior to a harsh event of a DIL or foreclosure.
>
> Legal issues surrounding structure and consent:
>
>   1. As you are aware, this is another entity that is connected to a 1031. Have you consulted with 1031 counsel as to how this impacts investors? It appears that there were certain 1031 complications that surrounded this property where there are complex "Addendum" agreements that I do not remember the

purpose for and my research so far is not conclusive.

   a. You obviously made harsh claims in the Courts that I was attempting to blow up a 1031 or lack of disclosure (neither were factual and we illustrated that to the Court at the time). This is in the same area of concern as with the fiduciary duties that you absorbed in Nov of 2023, you have responsibilities that I am sure you are aware of. What steps have you taken to explore options, talk with investors about your intentions, etc? I am only learning about it the night before when that obviously has serious concerns of its own. What have you communicated to investors? Please share the documentation of such.

2. It appears to me that once again your consent document (intentionally or not) skips a number of entities that are "upper tier" and in order to transact in this fashion (with financial relief to the acting MM under 7.1 and 7.1.3 in the controls) will require such consent of me and only me via the JJ Arch LLC Investment Entities pursuant to Arch Property Holdings 1 LLC. The Court Order (half baked and non functional) may have appointed Oak as the temp MM of the NON MEMBER MANAGER (inclusive of giving you a JJ proxy via Jared), it does not have any mechanism to circumvent the consents required under the property owner structure that was built (exhibit C

and D of AREH). I attached one of the entities that does not have signatures but I believe the signature pages exist in counterparts as Michelle usually got them separate and saved them as a PDF. I can check the closing binder potentially. Meltzer Lippe did this transaction. So if you question the validity, you can ask Michelle or Meltzer Lippe. You can also check the opinions of authority that were provided by Meltzer Lippe at the closing.

3. Who is counsel on this? What is their take on all of the above? I would like to see the chain of dialogue to understand their views of consent and how you plan to transact with proper authority.

Given the urgent timing on this matter and the position of where we all stand in Court with discovery and depositions in process, I propose that you organize a call with the various lawyers this morning to discuss and explore how you plan to execute on this via proper authority. Given that Leslie asked for these consents "non pro tunc" in settlement discussions (those are not considered waived of discovery when they have intentional malfeasance under the law). Lets not look at this in the rear view mirror and lets deal with it now. It is also curious that Olshan took a position (in the JJ Arch BK proceeding) that the JJ Investment Entities are not affiliated with JJ Arch in their Motions to dismiss the Bankruptcy. Jared's lawyers took that position too, however, these transactions absolutely illustrate how the JJ Entities are part of JJ Arch and your consent as illustrated defines the "JJ Member" improperly where it only allows for it under the Non Member Manager, AREH, not the Investor Member Investment Entity per schedule A of Arch Property Holdings 1 LLC. You will also note that Jared's position via that Motion was contrary to his position earlier in the litigation as he pleaded for a Bond when I received a PI against him for pursuit of bad acts (with your behind the scenes participation of course by funding the legal to fried frank, soliciting my staff, consenting and directing the bank account theft and the

like – not a theory, the evidence is on the docket).

Since Meltzer Lippe did all of these documents (and are going to be subpoenaed anyways), I have copied them herein. Let us all ask them what can or can't be done as it relates to these consents. They provided the legal work and opinions for this transaction on closing and 1031.

Also, I am more than willing to participate in a conference call or zoom or teams meeting urgently to get to the bottom of this as I understand that there is a Capital Event happening today no matter what (notwithstanding anything else I note above about the impropriety of the process to seek consent and a proper authorized transaction).

All rights reserved and non waived. Given the vast magnitude of this issue, it would be illustrated via counsel but Robert has not caught up sufficiently with this level of detail to write this memo but if he takes a different position ultimately, that is possible but no time has been afforded to us to deal with the matter at hand.

Thank you.

---

**From:** Kevin Wiener <kwiener@35oak.com>
**Sent:** Wednesday, January 29, 2025 5:48 PM
**To:** jsimpson001@icloud.com; jaredchassen@gmail.com
**Cc:** Michael Wiener <MWiener@35OAK.com>
**Subject:** 16th Street - Request for Consent

Gentlemen,

As you're aware, the 16th Street plot of land has been in default and foreclosure proceedings for well over a year.

We have explored multiple avenues to try to resolve the default, including a sale of the property or a buyout by our partners, as well as potentially bringing in new pref.

Ultimately, the value of the property is below that of the

loan and there is no investment interest in taking on the property without a discounting of the loan below where the lender is willing to accept. There is also no third party investor appetite to be in a JV with the existing Arch investor pool given the governance litigation.

Currently, the foreclosure auction is set to take place at 2:30 PM tomorrow afternoon.

After the mortgage was sold by the bank to a new private lender, we entered discussions with the lender and while they are not willing to enter into any kind of JV structure that would preserve the 1031s, we have been able to negotiate a cash payment of $200,000 from them in exchange for a deed-in-lieu and a release. We believe this is substantially better value than anything else we could feasibly negotiate given that the property is underwater and the foreclosure process is already at its end. It will allow us to cover entity and tax filing expenses to close down the investment as well as a partial repayment of the existing member loans. The alternative, of course, is to still lose the property but have no cash.

608941 NJ Inc., as acting managing member of Arch Real Estate Holdings LLC, is therefore asking for JJ Arch LLC's consent to cause the relevant borrower entities to enter into the deed-in-lieu agreement. I have attached a copy of the corporate consent we are seeking signature on as well as the execution version of the DIL agreement.

I realize this is short notice but the paperwork and title has all come together over the last couple days so it's been a very quick process from beginning to end as we seek to get this done under the wire of the foreclosure auction date.

Yours sincerely,

Kevin

<16th Street Investor MM LLC.doc>