# EXHIBIT 13

**jsimpson001@icloud.com**

| | |
|---|---|
| **From:** | jsimpson001@icloud.com |
| **Sent:** | Thursday, March 20, 2025 1:39 PM |
| **To:** | 'Koeltl.chambers@nysd.uscourts.gov' |
| **Subject:** | FW: Jeffrey Simpson, Pro Se, Removal of Case 158055-2023 to SDNY from NYS Court |
| **Attachments:** | 03.19.25 NYS Case Removal Notice to SDNY.pdf |

Attn Honorable Judge Koeltl, Part 1 SDNY:

Your Honor, good afternoon. My name is Jeffrey Simpson and I am Pro Se on this matter.

We are in the process of "Removing" 3 NYS cases to SDNY. The Notices were issued to the NYS Court, and a copy was sent to the Pro Se Intake unit (below). This Removal will be controversial as this case has been ongoing for almost 2 years, where I have been hurt in ways that will not be recoverable. From my research, there are a variety of reasons that this Removal will qualify and be proper but I do not want to take your time to illustrate that at the moment (My letter shares a preview and a more formal notice to SDNY to follow). The reason I reach out in Emergency Action is because the NYS Judge (Joel Cohen) continues to prejudice me by soliciting commentary amongst the counterparties in reaction to my Notice of Removal. It is my understanding that Removal is effective on submission but of course subject to Remand and other ramifications if it dos not have merit.

The circumstances of this case have taken away my freedom, my income, my business and just about anything else around me, without merit and due process. We have told the NYS judge that he is biased on numerous occasions, whereby he has no reluctance in modifying executed agreements via Court Orders. My instinct is that he still will not "surrender" to my Removal action until he is Ordered to do so. I am hoping you can help me with this urgent matter.

Best Regards,

Jeffrey Simpson
646-753-2872

---

**From:** jsimpson001@icloud.com <jsimpson001@icloud.com>
**Sent:** Thursday, March 20, 2025 3:53 AM
**To:** 'prose@nysd.uscourts.gov' <prose@nysd.uscourts.gov>
**Cc:** 'robert lorenclaw.com' <robert@lorenclaw.com>; 'vargasNYSDChambers@nysd.uscourts.gov' <vargasNYSDChambers@nysd.uscourts.gov>; 'Hon. Joel M. Cohen' <jmcohen@nycourts.gov>; 'jpm.chambers@nysb.uscourts.gov' <jpm.chambers@nysb.uscourts.gov>; 'beckerman.chambers@nysd.uscourts.gov' <beckerman.chambers@nysd.uscourts.gov>; 'charles@cwertmanlaw.com' <charles@cwertmanlaw.com>; 'David Goldwasser' <dgoldwasser@fiacp.com>
**Subject:** Jeffrey Simpson, Pro Se, Removal of Case 158055-2023 to SDNY from NYS Court

Good evening,
The attached notice was filed on NYSCEF. Since I do not have access to ECF, I am sending a copy of the Removal Notice to the Pro Se Intake e mail with a CC to the various SDNY Judges who are involved in this case in some capacity. The corresponding parties to the case have received notification via the NYS action. I have copied Judge Joel Cohen here as well from NYS Court.
Additional exhibits will be sent to the Pro Se Intake, unless I hear differently per directions of the Court. We were in touch with the Pro Se office yesterday, obviously transferring 1300 items on the docket will be a challenge but we will be in contact with the Pro Se office again in the morning to see what will be the desires of the Court.

1

I have limited support of counsel, Robrt Lorenc is on some of these matters but he does not have the capacity for the next phases of the litigation and I hope to bring counsel to help with these actions once they get started in SDNY, in hopes for some resolution in the near term.   Charles Wertman is counsel for the YJ Simco chapter filing and David Goldwasser is CRO on that matter.

Thank you,
Jeffrey Simpson