**Exhibit C**

-----Original Message-----
From: Jeffrey Simpson <jsimpson001@icloud.com>
Sent: Tuesday, April 8, 2025 5:09 PM
To: Bunin, Martin <MBunin@FarrellFritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
Cc: robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>
Subject: Receiver to stand down

[You don't often get email from jsimpson001@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

*********************
* Warning: External Email *
*********************


Again, Farrell Fritz looked at the case for me so a conflict.   Eric, extorted me during JJ Arch bankruptcy, conflict

I removed these cases to the federal court for a reason to protect my constitutional rights.   Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago.   And he admitted it on the witness stand and he lied to the fed and BK court and  lied to the state court.   So I do not authorize you in anyway because there are no other members other than me.   All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary.   I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.

  I have a religious observance a Passover coming up around the corner and I do not need this improper harassment and it's not lawful.    If I am unable to observe my holiday because of your actions, it just gets added to the case.   So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency  action where more theft is attempted from me.

I expect a response or I will do what I have to do immediately in the federal court.

Jeffrey Simpson

Sent from my iPhone