**Exhibit D**




# Southampton Town Police Department

ACCREDITED LAW ENFORCEMENT AGENCY

As of Mon Apr 07 09:35:00 EDT 2025

## Incident Report

| CC# | Pct | Sector | Car | Incident Type | Classification |
|---|---|---|---|---|---|
| ST25012105 | STPD | C42 | STC43 | DISP CIVIL | Body worn camera video - Yes; In car video - No; Shooting incident - No; Incident GEF |

### INCIDENT

| Report Date | Report Time | Report Day | Date (Occurred on/from) | Time | Day | Date (Occurred to) | Time |
|---|---|---|---|---|---|---|---|
| 03/24/2025 | 11:11 | Mon | 03/24/2025 | 11:11 | Mon | 03/24/2025 | 12:02 |

Business name and type: **CORRIGAN'S SERVICE STATION**
Town Code: T/SOUTHAMPTON - 5258
Incident address: **1640 MONTAUK HWY, WATER MILL, New York, 11976**

### ASSOCIATED PERSONS

Person Type: C=Complainant V=Victim E=Aided A=Arrested S=Suspect M=Missing Person W=Witness P=Person Interviewed O=Other

| Per | Type | Name | D.O.B. | Sex | Race | Offense |
|---|---|---|---|---|---|---|
| 1 | C | JEFFREY SIMPSON | | | | |

Address: [redacted] | Home Tel # | Work Tel # | Cell Tel #

| Per | Type | Name | D.O.B. | Sex | Race | Offense |
|---|---|---|---|---|---|---|
| 2 | P | ERIC HUEBSHER | 09/20/1956 | M | White Non-Hispanic | |

Address: [redacted] | Home Tel # | Work Tel # | Cell Tel #

### NARRATIVE

The reporting officer responded to the incident location in reference to a civil dispute. Complainant states that the other party involved is not wanted on his property and is refusing to leave. The other party involved states that he is the court ordered receiver of the property and everything on it and is there to collect files from the business regarding same. The complainant states that the court order was dismissed and the other party does not have rights to the property anymore, and the other party states the opposite. The subject was asked to leave the property and go forward with the issue in civil court, and he agreed. Nothing further to report at this time.

Victim did receive information on Victim's Rights and Services pursuant to NYS Law   ☐ Yes  ☒ No

### OFFICERS

| Name | Rank | Badge # | Classification |
|---|---|---|---|
| SPENCER, CONNOR | Police Officer | PO/186 | Reporting officer; Responding officer; Dispatched officer |
| MENDOLA, JESSICA | Police Officer | PO/1298 | Dispatched officer |
| SOUTHAMPTON PATROL | | | Investigating unit; Reporting unit |

### ADMINISTRATIVE

| Teletype No | Connected CC #'s | | |
|---|---|---|---|
| Status: Closed/cleared | | Status Date: 03/24/2025 | Confidential ☐ |

| CC# | Reporting / Investigating Officer | Supervisor |
|---|---|---|
| ST25012105 | PO/186 SPENCER, CONNOR | |