UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH RELA ESTATE HOLDINGS LLC, and JJ ARCH LLC,

                Plaintiffs,

-against-

JARED CHASSEN, FIRST REPUBLIC BANK,

                Defendants.

---------------------------------x

Docket No. 1:25-cv-02372 (LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                        ) ss.:
COUNTY OF NASSAU  )

    I, Molly Sweeney, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Nassau County, New York.

    On April 11, 2025, I served the within **Joinder of Eric M. Huebscher in Motion for Remand with Declaration and Exhibits** by enclosing same in a post-paid wrapper, to be deposited in an official depository under the exclusive care and custody of by Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery in a post-paid wrapper, addressed to the following:

        Jeffrey Simpson
        1055 Park Avenue
        New York, New York 10028

        Tracking No.: 8804 9353 9630

_____
Molly Sweeney

Sworn to before me
this 11th day of April, 2025

_____
Notary Public

JOHN BEAUREGARD
Notary Public, State of New York
No. 01BE6054366
Qualified in Nassau County
Commission Expires January 29, 2028

FF\15478590.1