**HAYNES AND BOONE LLP**
30 Rockefeller Plaza
26th Floor
New York, New York 10112
Telephone: (212) 835-4848
Leslie C. Thorne
Richard Kanowitz
Aishlinn Bottini

*Counsel for 608941 NJ Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC, et al., <br><br> Plaintiff, <br><br> -against- <br><br> JARED CHASSEN et al., <br><br> Defendants. | Case No. 1:25-cv-02372 (LTS) |

**608941 NJ INC.'S JOINDER TO JARED CHASSEN'S ORDER TO SHOW CAUSE SEEKING AN ORDER REMANDING THIS PROCEEDING, AWARDING COSTS AND FEES PURSUANT TO 28 U.S.C. § 1447(C) AND THE COURT'S INHERENT POWERS, AND BARRING ANY FURTHER REMOVAL OF THIS PROCEEDING ABSENT THE PRIOR PERMISSION OF THIS COURT**

608941 NJ Inc. ("Oak")[1] by and through its undersigned counsel, submits this joinder (the "Joinder") to *Jared Chassen's Order to Show Cause Seeking an Order Remanding this Proceeding, Awarding Costs and Fees Pursuant to 28 U.S.C. § 1447(c) and the Court's Inherent Powers, and Barring any Further Removal of this Proceeding Absent the Prior Permission of this Court* (the "Show Cause Order") [Doc. Nos. 9-11]. In support of this Joinder, Oak respectfully states as follows:

## JOINDER

1. Mr. Simpson's removal of this action (the "State Court Action") to the District Court is the latest salvo in a long line of Simpson's frivolous and vexatious litigation tactics that are wholly unsupported by the facts or law. As he has done previously, Mr. Simpson filed this removal on the eve of a contempt hearing in the State Court Action and after multiple attempts to stymie the recently appointed receiver charged with taking control of JJ Arch's assets.

2. As set forth in the Show Cause Order, remand of the State Court Proceeding is absolutely warranted as its removal by Mr. Simpson is fatally flawed—both procedurally and substantively. Mr. Simpson is the Plaintiff in the State Court Action, there is no federal question at issue, the removal was not effectuated within 30 days, and Mr. Simpson failed to file the pleadings, orders, and a "short and plain of the ground for removal" required by statute.

3. Any of these defects alone is sufficient to remand the State Court Proceeding. Oak adopts the arguments and relief requested by Mr. Chassen, and echoes Mr. Chassen's requests for expedited consideration of this matter.

---

[1] Oak is an intervenor-plaintiff and counterclaim-defendant in the above-captioned action. Oak intervened in the action pursuant to CPLR §6401, via its October 17, 2023 motion seeking appointment of a temporary receiver over plaintiff JJ Arch LLC. Oak filed its intervener complaint on November 3, 2023. [NYSCEF No. 319]. Subsequently, Mr. Simpson and JJ Arch LLC brought counterclaims against Oak on January 4, 2024 and January 16, 2024, respectively. Oak's motions to dismiss Mr. Simpson's and JJ Arch LLC's counterclaims were filed immediately before the removal of this case—marking the second time that Simpson has delayed dismissal of his claims through the artifice of a baseless removal this same case.

## **CONCLUSION**

**WHEREFORE**, Oak respectfully requests that this Court should grant the Motion in its entirety with such other relief as the Court deems just and proper.

*[remainder of this page intentionally left blank]*

| | |
|---|---|
| Dated: April 14, 2025 | **HAYNES AND BOONE, LLP**<br><br>*/s/ Leslie C. Thorne*<br><br>30 Rockefeller Plaza<br>26th Floor<br>New York, New York 10112<br>Telephone: (212) 835-4848<br>Leslie C. Thorne<br>Richard Kanowitz<br>Aishlinn Bottini<br><br>*Counsel for 608941 NJ Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 14, 2025, a true and correct copy of the foregoing was served via the Court's ECF system to all parties authorized to receive electronic notice.

                                                */s/ Leslie C. Thorne*
                                                Leslie C. Thorne