UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC, and JJ ARCH<br><br>Plaintiff,<br><br>-against-<br><br>JARED CHASSEN, FIRST REPUBLIC BANK<br><br>Defendants. | Index No. 25-CV-2372<br><br>**AFFIRMATION OF SERVICE** |

JONATHAN T. KOEVARY, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and reside in New York County, New York.

    2.    On April 16, 2025, I served true and correct copies of the **JOINDER and SUPPORTING DECLARATION**, upon:

> Robert Lorenc
> Lorenc Law Firm
> 62 West 45th Street
> Suite 903
> New York, NY 10028

> And

> Jeffrey Simpson
> 1055 Park Avenue, 4
> New York, NY 10028

by having true copies thereof deposited for first-class mail, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State at the address designated above for said purpose.

> S/Jonathan T. Koevary
> Jonathan T. Koevary

3762865-1