**SCHWARTZ LAW PLLC**
150 Broadway, Suite 701
New York, NY 10038
Tel: 347-460-5379
Email: allen@allenschwartzlaw.com

April 17, 2025

<u>VIA ECF</u>

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Jeffrey Simpson v. Jared Chassen*, et. al., Index No. 1:25-cv-02372-LTS

Dear Judge Swain:

I represent Jared Chassen in the above-captioned action. I write to apprise the Court of a harassing *ex parte* communication that Jeffrey Simpson sent to the Honorable Justice Joel M. Cohen and NY State Court personnel on April 14, 2025 that only further demonstrates the urgent need to enter Mr. Chassen's proposed Order to Show Cause seeking the remand of this proceeding and sanctions.

In the email chain, Mr. Simpson forwards to Justice Cohen an email that was directed to this Court, via the Pro Se Intake Unit, and contemptuously tells Justice Cohen that "[i]t looks like the honorable Joel Cohen wasn't copied on the last response. It's important to see the fruits of your labor whereby your biased view has caused serious destruction for me (and $100 million of investors) without any merit or cause or relevance but somehow you're sitting on the bench making these rulings without any merit." Ex. 1, Email Chain. He tells Justice Cohen that "[t]he NYS system is a mockery on society and you sir you do not listen to anything with merit or facts." *Id.*

Mr. Simpson has been openly defying the Commercial Division's receiver order since it was entered last month. His contempt of the "NYS system," as he puts it, and its orders is readily apparent from both his conduct and his ongoing communications. The receiver order was entered because Mr. Chassen had established by clear and convincing evidence that he stands to suffer the destruction and material injury of his property. *See* CPLR 6401. Right now, the receiver, Eric Huebscher, remains unable to take control of the assets under receivership, and Mr. Chassen will need to seek appropriate emergent relief to enforce these court orders. *See* ECF 12, 15. Mr. Chassen respectfully urges the Court to sign his proposed Order to Show Cause and to hear the remand motion on shortened notice.

Sincerely,

_____/s/_____

Allen Schwartz, Esq.