# EXHIBIT 1

**Thursday, April 17, 2025 at 12:30:29 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | FW: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY |
| **Date:** | Monday, April 14, 2025 at 3:13:05 PM Eastern Daylight Time |
| **From:** | SFC-PART3 |
| **To:** | prose@nysd.uscourts.gov, Martin Bunin, Eric Huebscher, robert lorenclaw.com, Benjamin Robert Rajotte, J Chassen, allen@allenschwartzlaw.com, Leslie.Thorne@haynesboone.com, Koevary, Jonathan T. |
| **CC:** | Jeffrey Simpson |
| **Attachments:** | image001.jpg, image002.jpg |

Forwarding an ex parte communication.

**From:** Jeffrey Simpson <jsimpson001@icloud.com>
**Sent:** Monday, April 14, 2025 2:37 PM
**To:** Hon. Joel M. Cohen <jmcohen@nycourts.gov>; Eric Szkarlat <eszkarlat@nycourts.gov>; SFC-Part20-Clerk <SFC-Part20-Clerk@nycourts.gov>; cjc@cjc.ny.gov
**Subject:** Fwd: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY

It looks like the honorable Joel Cohen wasn't copied on the last response.    It's important to see the fruits of your labor whereby your biased view has caused serious destruction for me (and $100 million of investors) without any merit or cause or relevance but somehow you're sitting on the bench making these rulings without any merit.     Send it to all parties if you like, again as you you'll see below I've brought this up not only to the CJC now but it's also brought it to the FBI, to find justice, not this version that is extremely biased and prejudiced against me with no merit.

Yes, the administrative judges are copied here too and I hope they finally pay attention to the actions of what you've taken and the damage that you've caused for a  $1 billion company that I built.   It was not for your court to step in and cause this destruction for a crook and a criminal who is stealing from me but you have the nerve to somehow just prejudice me because you don't like me.   That's not how it works as an elected official and certainly not as a judge.  I hear you are doing it to others where you have this issue with people that are pro business and you think you get to from your seat destroy people's lives based upon your opinion of what you think documents should've said or what you think people are entitled to rather than what they've earned or are contractually owed.   The NYS system is a mockery on society and you sir you do not listen to anything with merit or facts.

I've taken this to the authorities to the highest level because you've destructed a man who didn't deserve anything like this and the documents don't allow for it and you have the audacity to continue to defend yourself when you know you've made mistakes whereby I've shown you the issues that you've done and you refuse to adhere to them or listen because of an ego or something greater than that, that hopefully we learn in some sort of investigation, God willing.

Justice must be served in our country, it was not founded on the principles of this type of behavior from the bench of a major city like New York.  It is beyond unconstitutional besides unethical and improper.

Have a nice day

Jeffrey Simpson

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
> **Date:** April 14, 2025 at 2:17:04 PM EDT
> **To:** prose@nysd.uscourts.gov
> **Cc:** Martin Bunin <MBunin@farrellfritz.com>, Eric Huebscher <ehuebscher@huebscherconsulting.com>, "robert lorenclaw.com" <robert@lorenclaw.com>, Benjamin Robert Rajotte <rajb@mllg.nyc>, Jared Chassen <jaredchassen@gmail.com>, allen@allenschwartzlaw.com, Leslie Thorne <Leslie.Thorne@haynesboone.com>, "jkoevary_olshanlaw.com" <jkoevary@olshanlaw.com>
> **Subject: Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY**
>
> Dear SDNY (prose intake for Judge Swain)
> I'm sorry to send e mail this way, I don't have access to ECF filing.   These folks don't stop their harassment.   Per my note over the weekend , we need Court intervention.   I literally left my family in the middle of Passover because of the anxiety of this malfeasance that continues.   And yet again I find another incident where this individual Eric Huebscher seems to think he's above the law and he could just trespass and cause issues at my properties.    He was not installed with good merit or with any authority on the person that made the action because that individual, Jared Chassen, committed perjury to the federal and state court in order to achieve his goals.  I am pleading with the court to help me stop this nonsense now.    No one should live this way with people attacking everything they've ever built and State Court that is either clueless or intentionally looking the other way to the bad acts that are occurring for almost 2 years now .
> I did a visit with the FBI (white collar crime unit) this morning to give them further briefing of the destruction that's happening surrounding this case, I cannot say if they will or will not further investigate the illegal and improper actions that are recurring from the other parties here.  I have been pleading to the southern district since December 2024 that the matters are urgent and the attacks are against my civil rights and my constitutional rights.   I plead with the court to stop this madness and allow for a chance to explore and investigate exactly what has happened here properly with due process, with witnesses, with evidence with an unbiased court.   The

damages to me and others escalate by the day while these folks continue to break the law without any enforcement whatsoever.   Given that this situation is in Southampton I am now waiting for the Southampton police to arrive to hopefully take a report on this for the record.

I am still investigating the mail fraud issue from last week and I have not heard back from the post office yet.

Thank you for your help.











Jeffrey Simpson

Sent from my iPhone

> On Apr 13, 2025, at 11:02 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>
> Thank you, yes the pro se intake unit office was copied on the email for filing.
> I will confirm with them in the morning they received.
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 13, 2025, at 10:13 PM, NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov> wrote:
>>
>> To submit a document for filing or any response emails, you must follow the Clerk's Office's guidelines and procedures, which are available on the Court's website under the section PRO SE (SELF REPRESENTATION), which can be found here: https://nysd.uscourts.gov/prose.
>>
>> **We would like to remind you of the Chief Judge's individual rules:**
>>
>> *Special notice to pro se parties*: Pro se parties are directed to submit all filings and communications addressed to Judge Swain, **whether related to a case pending before the Court, or to a matter the party wishes to direct to Judge Swain in her capacity as Chief Judge**, through the Court's Pro Se Intake Unit. Information about the Court's Pro Se Intake Unit and how to submit filings to that Unit is available on the Court's website, at https://www.nysd.uscourts.gov/prose. Submissions emailed, mailed, or faxed directly to Judge Swain's chambers by pro se parties may be disregarded.
>>
>> **Any further correspondence/emails between parties sent to this email address will remain unanswered and will go directly to junk mail.**
>>
>> Sincerely,
>> Chambers of the Honorable Chief Judge Laura Taylor Swain
>>
>> ---
>> **From:** Jeffrey Simpson <jsimpson001@icloud.com>
>> **Sent:** Saturday, April 12, 2025 3:35 PM
>> **To:** Martin Bunin <MBunin@farrellfritz.com>; Eric Huebscher <ehuebscher@huebscherconsulting.com>
>> **Cc:** robert lorenclaw.com <robert@lorenclaw.com>; Benjamin Robert Rajotte <rajb@mllg.nyc>; Hon. Joel M. Cohen <jmcohen@nycourts.gov>; emergency@nycourts.gov; Jared Chassen <jaredchassen@gmail.com>; allen@allenschwartzlaw.com; jkoevary_olshanlaw.com <jkoevary@olshanlaw.com>; Leslie Thorne <leslie.thorne@haynesboone.com>; NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>; Pro Se Filing <pro_se_filing@nysd.uscourts.gov>
>> **Subject:** Re: Receiver to stand down NYS 158055-2023, 1:25-CV-02372 (LTS) EMERGENCY
>>
>> CAUTION - EXTERNAL:
>>
>> Eric Huebscher,

I just got an alarming phone call from the broker (compass) for 225 head of pond, an RE asset of JJ Arch LLC, which I am the sole managing member (and member) of.  It appears that you are circumventing the brokers contractual agreement and fraudulently hiring other parties without authority or jurisdiction.

You are clearly aware that the case has been removed to the federal court and there has not been any active motion practice yet.

I remind you how you invaded the property at 1640 Montauk improperly and the police removed you for trespassing.   You have also tried to invade the bank accounts this past week.

Chassen's motion for a receiver had no standing or contractual merit as he officially told the NYS court on 2/25/25, under sworn testimony, that he resigned effectively August 4, 2023 by working for my former partners,  oak .   In addition, although the court told chassen in February 2024 (by Order) that he had no ability to stop sales of any transactions, he has breached and tried anyways.   He also committed perjury to the bankruptcy court saying that he hasn't worked for anybody else.   His lawyer committed perjury by telling the New York State court that he hasn't worked for anyone else.

This house was publicly and commercially marketed for almost 8 months and resulted in $1.5 million after $1.45 million as the original bid.   We had a contract ready to be signed.   The below illustrates a broker that you engaged to sell less than what was achieved after an 8 month process.   Compass, the broker, sent a comps report (sent to court) to determine this value and price.   Chassen also told NYS Court, under testimony that the house is worth $1.7 million, and he felt he had good reason to object to a "fire" sale which he had no contractual authority to do.  In addition he admitted that he put an improper lis pendis on the property during the midst of a bankruptcy action (the same one in which you were the chapter 5 trustee and were engaged to be an advocate for).  The NYS Court transcript illustrates this.   According to Judge Joel Cohen's February order he had no ability to object to a sale anyway.   Even though his member interests have been vacated for almost 2 years, I have used best efforts to obtain consent from the court regardless.

The court warned Chassen that if he were to stop a sale (at 1.5) or solicit   a price of equal or less value he would be subject to the damages of the difference.   He continued anyway and took on this risk which he had no authority to do anyways, contractually.

I objected to the receiver, I've objected to you (for conflict ) and the process at large because none of this should happen given what the contractual documents say.    And that is why we are in a different forum now, the federal law has been triggered and that will get adjudicated when the court renders a decision.

During the request for receiver the question came up of who would pay for it.   There was no answer granted so it appears that one who has the role of receiver, if it was proper and official, would be motivated to sell assets to pay themselves rather than for the greater good of the partnership which had a dissolution action effective September 2024.

It has come to my attention that you or Chassen have also committed US Postal Service fraud as it relates to 1640 montauk.  It's my understanding that you threatened the broker for 550 metropolitan asset too.

It is unusual  for partnerships to seek a receiver in the first place and in this circumstance , dissolution already commenced so what would a receiver do?   It Is my understanding even if a receiver were granted under appropriate channels that they still have a duty to those who are the beneficiaries, that is not what's happening here.

Given that these actions are happening on the weekend, I am sending these notes to the court simultaneously via email versus through electronic systems to make sure the Court (s) see in real time what's happening here.

Once again, I urge you to stand down until such point in time where the federal court has a chance to properly hear the action and render a decision.   If you choose not to, I will have to make further inquiries to law-enforcement agencies.

Thank you.

Jeffrey Simpson


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

<image001.png>


Jeffrey Simpson

Sent from my iPhone

> On Apr 9, 2025, at 10:02 AM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
> In light of your outreach to the broker for 550 metropolitan and two citizens bank you are clearly not taking direction and don't understand that the person that sought a receiver is a criminal and stole from me and broke the penal law besides breached every possible agreement.    As I told you we will be notified the federal court today that you've decided to take matters into your own hands even though I've removed this entire case to the federal court to solve for the problems of the attacks that I'm seeing from folks like you who think you could simply steal from me.   You cannot do it and is it illegal.   You are put on notice and I will notify the federal court today of emergency needs with your actions.
>
> Have a nice day
>

\>
>
> Jeffrey Simpson
>
> Sent from my iPhone
>
>> On Apr 8, 2025, at 5:09 PM, Jeffrey Simpson <jsimpson001@icloud.com> wrote:
>>
>> Again, Farrell Fritz looked at the case for me so a conflict.  Eric, extorted me during JJ Arch bankruptcy, conflict
>>
>> I removed these cases to the federal court for a reason to protect my constitutional rights.   Chassen had no authority to do anything including make a motion for a receiver because he resigned from the company almost 2 years ago.  And he admitted it on the witness stand and he lied to the fed and BK court and  lied to the state court.  So I do not authorize you in anyway because there are no other members other than me.   All has been said to the federal court so you will stand down and do nothing until the federal court speaks to the contrary.   I have been attacked by my civil rights in countless ways and if you're going to participate in it that's fine you're just going to be pursued accordingly because you're out of line just like the day you showed up and I told the police to get you out of my property.
>>
>> I have a religious observance a Passover coming up around the corner and I do not need this improper harassment and it's not lawful.   If I am unable to observe my holiday because of your actions, it just gets added to the case.  So tell me what is you're going to do, stand down and wait for the federal court or keep doing what you're doing and I will skip my observance for the holiday and I will fight for what's right in an emergency  action where more theft is attempted from me.
>>
>> I expect a response or I will do what I have to do immediately in the federal court.
>>
>> Jeffrey Simpson
>>
>> Sent from my iPhone

**Please be CAREFUL when clicking links or opening attachments from external senders.**