UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
JEFFREY SIMPSON et. al.,

            Plaintiffs,

- against -   Case No.: 1:25-cv-02372 (LTS)

JARED CHASSEN et. al.,

           Defendants   **PROOF OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

    ALLEN SCHWARTZ, Esq., an attorney duly admitted to practice law before this Court, declares pursuant to 28 U.S.C. § 1746, as follows: On April 17, 2025, I served Jeffrey Simpson with the Letter to the Honorable Judge Laura Taylor Swain regarding the Proposed Order to Show Cause (ECF 23) (the "Letter"), via US First Class Mail, by depositing in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State a true copy of the Letter enclosed in a post-paid wrapper addressed to Jeffrey Simpson at his last known address of 1055 Park Avenue, Unit 4, New York, New York 10028.

    On April 17, 2025, I also emailed the Letter to Jeffrey Simpson at his email address jsimpson001@icloud.com and to his counsel Robert Lorenc to his email address robert@lorenclaw.com. I further served the Letter via ECF to all appearing parties otherwise entitled to service.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on April 17, 2025.

                                                      By: __/s/_____
                                                          Allen Schwartz, Esq. (AS 7979)