OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300
Adam H. Friedman
Jonathan T. Koevary
*Counsel for Arch Real Estate Holdings LLC*

**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC, and JJ Arch,<br><br>    *Plaintiff,*<br><br>—against—<br><br>JARED CHASSEN, FIRST REPUBLIC BANK<br><br>    *Defendant.* | Case No: 25-CV-02372 (LTS)<br><br>**RULE 7.1 STATEMENT** |

    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Arch Real Estate Holdings LLC ("AREH"), a private non-governmental party, hereby discloses and certifies that the following are corporate parents, affiliates and/or subsidiaries of AREH which are publicly held:     None    .

    Jurisdiction in this case is not asserted on the basis of diversity of citizenship.

12862640-1

Dated: New York, New York
      April 23, 2025

                                      OLSHAN FROME WOLOSKY LLP

                            By:  */s/ Jonathan T. Koevary*
                                      Adam H. Friedman
                                      Jonathan T. Koevary
                                      *Attorneys for Defendant Arch Real Estate Holdings LLC*
                                      1325 Avenue of the Americas
                                      New York, New York 10019
                                      (212) 451-2300