# Exhibit A

*February 28, 2025 Hearing Transcript Excerpt*

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371                                                 RECEIVED NYSCEF: 03/19/2025
Case 1:25-cv-02372-LTS   Document 30-1   Filed 04/24/25   Page 2 of 14

134

```
NEW YORK STATE SUPREME COURT
NEW YORK COUNTY : CIVIL TERM : PART 3
---------------------------------------------------------------X
JEFFREY SIMPSON, individually and derivatively, as
managing member of JJ ARCH LLC, suing derivatively as
managing member of ARCH REAL ESTATE HOLDINGS LLC, and JJ
ARCH LLC,

                    Plaintiffs,

       -against-                          Index No. 158055/2023

JARED CHASSEN and FIRST REPUBLIC BANK,

                    Defendant.
---------------------------------------------------------------X
JARED CHASSEN, individually and derivatively on behalf of
JJ ARCH LLC, as member, and derivatively on behalf of ARCH
REAL ESTATE HOLDINGS LLC, as member of JJ ARCH,

                              Counterclaim Plaintiff,

            -against-

JEFFREY SIMPSON and YJ SIMCO LLC,

                              Counterclaim Defendants,
         -and-

JJ ARCH LLC and ARCH REAL ESTATE HOLDINGS LLC,

                              Nominal Defendants.
---------------------------------------------------------------X
608941 NJ, INC.

                              Plaintiff,

        -against-

JEFFREY SIMPSON, JJ ARCH LLC and ARCH REAL ESTATE HOLDINGS
LLC,

                              Defendants,

        -and-

ARCH REAL ESTATE HOLDINGS LLC,

                              Nominal Defendant.
---------------------------------------------------------------X
```

```
New York Supreme Court
60 Centre Street
New York, New York 10007
February 28, 2025
```

                                    CONTINUED HEARING

B E F O R E:  HON. JOEL M. COHEN
              Supreme Court Justice


A P P E A R A N C E S:


THE LORENC LAW FIRM
Attorneys for the Plaintiff Jeffrey Simpson and
JJ Arch LLC derivatively
62 West 45th Street - Suite 903
New York, New York  10036
BY:  ROBERT C. LORENC, ESQ.


ALLEN SCHWARTZ, ESQ.
Attorney for the Defendant Jared Chassen
150 Broadway - Suite 701
New York, New York  10038
BY:  ALLEN SCHWARTZ, ESQ.


HAYNES AND BOONE, LLP
Attorneys for 608941 NJ, Inc.
30 Rockefeller Plaza - 26th Floor
New York, New York  10112
BY:  LESLIE THORNE, ESQ.
AND: AISHLINN BOTTINI, ESQ.


OLSHAN, FROME, WOLOSKY, LLP
Attorneys for Arch Real Estate Holdings LLC
1325 Avenue of the Americas
New York, New York  10019
BY:  JONATHAN KOEVARY, ESQ.


ALSO PRESENT:  (Virtually)
Mr. Jared Chassen

                              Lori Ann Sacco
                              Official Court Reporter

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM    INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371                                RECEIVED NYSCEF: 03/19/2025
Case 1:25-cv-02372-LTS    Document 30-1    Filed 04/24/25    Page 4 of 14

136

```
 1                      PROCEEDINGS
 2           THE COURT:  Good morning everyone.  I think
 3   we're ready to get started.  Mr. Lorenc, this is the
 4   day for the opposition to the motion.  So can you
 5   just briefly give me the agenda in terms of the
 6   witness list.
 7           MR. LORENC:  Your Honor, the witness list
 8   will start with Mr. Quaranto, Ray Q-U-A-R --
 9   Q-U-A-R-A-N-T-O, followed by Mr. Yechiel Lehrfield,
10   I'm sorry, L-E-H-R-F-I-E-L-D.  Then there is the
11   possibility of calling Mr. David Heymann and possibly
12   Josh Dilean, D-I-L-E-A-N.  I apologize, Judge.
13           THE COURT:  And then?
14           MR. LORENC:  That is it for now, Judge.
15           THE COURT:  So, Mr. Simpson not on the list?
16           MR. LORENC:  His affirmation was submitted,
17   Judge.
18           THE COURT:  It hasn't been subject to
19   cross-examination.
20           MR. LORENC:  Depending if Mr. Schwartz
21   chooses to cross-examine, your Honor.
22           THE COURT:  Well, by putting in the direct
23   testimony affidavit, I'm only going to consider it if
24   there is an opportunity to cross it really.
25           MR. LORENC:  Well, of course.  Yes, he's
26   available for cross-examination, your Honor.  And
```

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371   Case 1:25-cv-02372-LTS   Document 30-1   Filed 04/24/25   Page 5 of 14   RECEIVED NYSCEF: 03/19/2025

331

|   |   |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE WITNESS:  Thank you very much. |
| 3 | MR. MILLER:  Thank you, Judge. |
| 4 | THE COURT:  Thank you. |
| 5 | (Witness excused.) |
| 6 | THE COURT:  All right.  I'm going to take a |
| 7 | short break.  We have a lot less time than I was |
| 8 | expecting.  Let me see if I have any additional |
| 9 | questions or anything else I'm going to provide to |
| 10 | you today.  Be right back. |
| 11 | (Whereupon a recess was taken.) |
| 12 | THE COURT:  All right.  Have a seat.  All |
| 13 | right.  Thank you all.  I've reached some conclusions |
| 14 | about some of the main issues in this motion.  As |
| 15 | you'll hear in a moment, the final conclusion about |
| 16 | what to do about it I think is going to require, you |
| 17 | know, some argument of counsel, because we have some |
| 18 | very practical questions that have come up as to |
| 19 | which the record in my view is -- is murky as to |
| 20 | whether in the end of the day the best thing for all |
| 21 | involved is to bring somebody in at this stage, pay |
| 22 | them whatever they are entitled to and whether that |
| 23 | will in fact move the ball forward.  I think that the |
| 24 | rulings I'll give you or the decisions I'm going to |
| 25 | give you will at least set the table for that. |
| 26 | So the basic ground rules are that for a |

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM       INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371                                    RECEIVED NYSCEF: 03/19/2025
Case 1:25-cv-02372-LTS  Document 30-1  Filed 04/24/25  Page 6 of 14

332

1                       PROCEEDINGS

2       temporary receivership in a situation like this, the
3       movant has to show a couple of things. First they
4       have to show that they are a person with an apparent
5       interest in the property which is the subject of an
6       action. And in that case a temporary receiver may be
7       appointed where there is a danger that the property
8       will be removed from the state or lost materially,
9       injured or destroyed. That's the language of CPLR
10      6401. And a receiver is warranted, the First
11      Department has held, where the movant has adequately
12      demonstrated his apparent interest in the property
13      and shown there is a danger of irreparable loss and
14      damage to the property. That's the Dolgoff case,
15      D-O-L-G-O-F-F, 235 A.D.2d 311.
16              So let's break those down. First I think the
17      record shows that the movant here, Mr. Chassen, does
18      have at a minimum an apparent interest in the
19      property. In fact, I think the record indicates a
20      real interest in the property. That I have
21      previously recognized in this case on various motions
22      that Mr. Chassen has held just shy of 50 percent of
23      an equity interest in this company since the outset
24      of the litigation. I have nullified at least two
25      purported involuntary resignations under the
26      contract. So at this point the law of the case is

```
 1                      PROCEEDINGS
 2       that neither party has involuntarily resigned and no
 3       purported forced resignation can be affected without
 4       court order by an order that I issued early in the
 5       case.
 6               It's not entirely clear to me whether Mr.
 7       Simpson also contends that Mr. Chassen has
 8       voluntarily resigned, but I don't see the evidence
 9       establishing that certainly at -- on this motion.
10       So, in terms of the threshold question of whether
11       Mr. Chassen has standing even to bring this motion, I
12       conclude that he does.
13               The parties are free to continue making their
14       legal arguments.  The case isn't over.  This is an
15       interim question of whether there is an apparent
16       legal interest to give him standing, and I think
17       there is.  You know all the decisions in the case so
18       far have been interim.  And I will further say that
19       his standing to seek this relief does not depend on
20       how I may ultimately rule on the question of
21       Mr. Chassen's major decision.  Consent rights have
22       expired at the end of either 2021 or potentially in
23       May of this year.  That that affects the operation of
24       the entity in the ordinary course of business of
25       course.  But it doesn't affect his ability to have a
26       say in whether the current undisputed manager, Mr.
```

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM  INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371  RECEIVED NYSCEF: 03/19/2025
Case 1:25-cv-02372-LTS   Document 30-1   Filed 04/24/25   Page 8 of 14

334

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | Simpson, should be replaced temporarily by a |
| 3 | receiver.  He is, in my view until proven otherwise, |
| 4 | he has a 49 percent membership interest in JJ Arch. |
| 5 | The bigger question obviously is whether |
| 6 | having satisfied that threshold the movant has |
| 7 | further showed significantly dangerous probability of |
| 8 | irreparable loss and damage to JJ Arch justifying the |
| 9 | appointment of a receiver, which is, you know, an |
| 10 | extraordinary remedy.  The issues that people look |
| 11 | for is a danger of insolvency or that a party may |
| 12 | dissipate assets.  I think the arguments here have |
| 13 | not been so much of Mr. Simpson, you know, siphoning |
| 14 | money off to himself.  There is a bit of that in the |
| 15 | past arguments about, you know, expenditures of JJ |
| 16 | Arch funds for personal use.  But, you know, the |
| 17 | question now is at this moment in time is that's |
| 18 | what's going on.  And I think now, you know, frankly |
| 19 | the lion's share of the evidence has been more the |
| 20 | management of this entity is in a chaotic state, sort |
| 21 | of paralyzed and that rationale management is not |
| 22 | possible at the moment, and the best thing for all |
| 23 | considered is to have an independent person making |
| 24 | objective decisions as an officer of the court while |
| 25 | this case proceeds. |
| 26 | So, the factual crux at the bottom of it is, |

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371    Case 1:25-cv-02372-LTS    Document 30-1    Filed 04/24/25    Page 9 of 14    RECEIVED NYSCEF: 03/19/2025

335

| | |
|---|---|
| 1 | PROCEEDINGS |

2  you know, frankly Mr. Simpson's stewardship of the
3  company over the course of the, you know, recent past
4  and back to really the time that he was reinserted as
5  the managing member in the fall of 2023.  I think the
6  evidence has been by in large extremely troubling on
7  that front.  I think, you know, there is evidence
8  that Mr. Simpson had and has real skills, substantive
9  skills in this field.  And whatever steady hand at
10 one point in time he offered to JJ Arch and to Arch
11 Real Estate, there has been a significant change
12 during this litigation.  And I recognize that
13 litigation is very stressful, especially when, you
14 know, rulings are made which are not favorable, but
15 in my experience the test of leadership is the
16 ability to remain calm and focused under the worst of
17 times and the worst stress.  So regardless of how
18 skilled Mr. Simpson might be, and I really have no
19 reason to doubt that, my perception based on reams of
20 evidence, including just an enormous amount of
21 personal interaction, is that his ability to run this
22 business has sort of been overwhelmed by grievance.
23 And there are just far too many examples to list here
24 of this becoming an overwhelming obstacle to
25 rationale, calm leadership of this entity, which does
26 in fact control some third-party funds.  Some of it

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371                                 RECEIVED NYSCEF: 03/19/2025
Case 1:25-cv-02372-LTS   Document 30-1   Filed 04/24/25   Page 10 of 14

336

1               PROCEEDINGS
2   is Mr. Chassen.  The Peldmans are a part of it.
3           Part of the reason why I'm not ready to pull
4   the trigger on any particular relief is because it is
5   somewhat unclear to me how much there is to do at the
6   moment.  But just to finish up the record, I have
7   personally observed during this hearing, you know,
8   frankly sort of troublesome evidence of just a
9   company not under control.  And I recognize there are
10  answers that have been provided for why tax returns
11  haven't been filed for several years.  Why the
12  insurance is in an uncertain state.  And, you know,
13  I've heard late in the day that part of this is that
14  this company was really never intended to make a
15  profit or was sort of a landing zone from profits
16  from Arch Real Estate Holdings.  You know, that's a
17  somewhat new argument that I'm hearing.  That there
18  is really not much to do here, and all that Mr.
19  Simpson does is, you know, work at the car
20  dealership.  But this has been part of a pattern
21  here.
22          I do need to go back in time.  What's --
23  what's somewhat frustrating about this case, as I
24  mentioned earlier, there are times when there are
25  moments of coherence to Mr. Simpson's arguments that
26  break through the clouds of grievance and that make

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371                                   RECEIVED NYSCEF: 03/19/2025
Case 1:25-cv-02372-LTS    Document 30-1    Filed 04/24/25    Page 11 of 14

337

1                          PROCEEDINGS
2      me take notice that well, you know, maybe he has a
3      point.  But really from the outset of this case those
4      have just been overwhelmed by, I mean, it's hard to
5      call it anything other than chaos and retribution and
6      tirates.  And, you know, this is not a personality
7      thing.  This is a judge trying to evaluate whether
8      there is a risk of the assets of this entity being
9      lost for irrational reasons, and candidly I'm very
10     concerned about that.
11             The bankruptcy episode which, you know, at
12     this point I will defer to the detailed findings by
13     the bankruptcy court who looked at this very, very
14     closely from my perspective and frankly his -- the
15     bankruptcy judge's conclusions are entirely
16     consistent with what I saw while the case was here.
17     And I think the bankruptcy judge concluded that the
18     bankruptcy itself was brought in bad faith, and that
19     during the bankruptcy expenses were under taken on JJ
20     Arch's behalf that were wildly outsized to its
21     business, which is again consistent with someone who
22     has dug in and has focused on the litigation fight
23     and has in someways lost track of managing this
24     business.  Maybe, you know, there is some parts of
25     that that is understandable.  As I'm learning more
26     and more about it, I understand more now than I did

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM    INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371    RECEIVED NYSCEF: 03/19/2025
Case 1:25-cv-02372-LTS    Document 30-1    Filed 04/24/25    Page 12 of 14

338

1  PROCEEDINGS

2  before the relationship between the two companies.  I
3  always knew there was a relationship.  It had always
4  been my understanding that JJ Arch was a real honest
5  to goodness business in its own right.  And from my
6  perspective this is the first time any real argument
7  has been made well that's not really right.  That it
8  exists as part of an echo system with AREH and on its
9  own it never really made sense as a business.  That
10 might be news to the Peldmans who have an investment
11 that they certainly think is being managed by a real
12 company.  And it seems to be somewhat news to
13 Mr. Chassen although, you know, the jury is out on
14 that.  So, I am concerned, you know, the bankruptcy
15 episode.

16     It has not escaped my attention that a lot of
17 progress has been made recently as this case has sort
18 of turned the corner to things like receivership and
19 now that you're back in this court again there is
20 lots of activity around trying to sell this building
21 or that building.  It does, you know, sound a little
22 bit like some activity being done for the sake of
23 activity.  But at the same time it's important that
24 it's being done.  I'm glad that things are moving
25 forward to some extent.  But the fact that I really
26 still can't get Mr. Simpson when he's either

FILED: NEW YORK COUNTY CLERK 03/19/2025 04:28 PM INDEX NO. 158055/2023
NYSCEF DOC. NO. 1371    Case 1:25-cv-02372-LTS    Document 30-1    Filed 04/24/25    Page 13 of 14    RECEIVED NYSCEF: 03/19/2025

339

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | testifying to or when, you know, frankly during the |
| 3 | point when he was his own lawyer, to focus candidly |
| 4 | is troubling when you're trying to evaluate hearing a |
| 5 | number of, you know, one interested party, |
| 6 | Mr. Chassen, but you know others who have come into |
| 7 | contact candidly as a factfinder the testimony from |
| 8 | Mr. Chassen and other people is consistent with what |
| 9 | I've seen, which again is someone who people have |
| 10 | described as a talented guy.  Who, at least during |
| 11 | less litigious phases, when it was somewhat Mercurial |
| 12 | but, you know, not just functional but successful, to |
| 13 | the litigant that I have seen since August of 2023, |
| 14 | where even at the outset, where the court was |
| 15 | inclined frankly to Mr. Simpson's basic position, and |
| 16 | in fact installed him back in management.  But every |
| 17 | position taken was taken to extremes.  And then court |
| 18 | orders which were largely designed to assist Mr. |
| 19 | Simpson were ignored and bent as part of what seems |
| 20 | to be just a seemingly uncontrollable urge to chart |
| 21 | his own path.  To go after perceived enemies.  It's |
| 22 | been very odd frankly and troubling. |
| 23 | Courts do not, and this court specifically, |
| 24 | as having been a business lawyer for many years, does |
| 25 | not at all relish the idea of getting involved in a |
| 26 | company's business.  This case probably is far and |

```
 1                      PROCEEDINGS
 2      away the most involved I have gotten in any company
 3      under any case in my docket, because I believe from
 4      the outset and still do that this is not a company
 5      where the normal guardrails and organizational
 6      management are in place to avoid irrational results,
 7      even with smart people in charge.
 8              So, I think that, you know, the threshold
 9      arguments for an appointment of a receiver has
10      been -- have been made, because I think there is
11      enough erratic conduct here that if there is a real
12      honest to goodness business at JJ Arch, and things
13      that need to be done that can't be done without an
14      independent person coming in and helping, which, you
15      know, I have done in forfeiture situations where you,
16      know, it's more typical.
17              So what I'm looking for at the next stage,
18      because I think that some of the grounds for granting
19      a receivership have been established, but the
20      ultimate question is a question of discretion of
21      whether on balance it's the right thing to do.  And
22      what I would like to hear from counsel on, since
23      we're at the end of our day and I haven't had a
24      chance to really assimilate especially things that
25      have come in toward the end, I want a real
26      evaluation, first of all what kind of a receiver or
```