# Exhibit G

*Calendar Invite for March 27 Hearing*

## Koevary, Jonathan T.

| | |
|---|---|
| **Subject:** | Canceled: 158055/2023 JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH LLC, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC et al v. JARED CHASSEN et al |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | Thu 3/27/2025 10:00 AM |
| **End:** | Thu 3/27/2025 12:00 PM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | NY Supreme 60 Centre - Ctrm 208 |

Oral argument on motion sequence #13

**Please note that this court appearance is scheduled to take place *in person* at 60 Centre Street, Courtroom 208.**

**Although a Microsoft Teams link has been created for this conference to facilitate broad access to the proceedings, the presumption is that all attorneys planning to speak to the Court during this appearance will be present in the courtroom. If one or more of the attorneys speaking at this court appearance wish(es) to appear remotely (for health, long distance travel, or other valid reasons), please contact Part Clerk Megan Whitlow (646-386-3287) and Chambers by email at sfc-part3@nycourts.gov to let us know.**

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 267 284 781 177

Passcode: Fr2Qa6eS

## Dial in by phone

+1 347-378-4143,,994551884# United States, New York City

(833) 262-7886,,994551884# United States (Toll-free)

Find a local number

Phone conference ID: 994 551 884#

For organizers: Meeting options  |  Reset dial-in PIN

1

You are prohibited from recording video or audio, or taking photos or screenshots (22 NYCRR Parts 29, 131)

Org help   Privacy and security

2