# Exhibit J

*March 25 Email from Mr. Simpson to Mr. Koevary*

## Mevorach, Kai D.

| | |
|---|---|
| **From:** | Jeffrey Simpson <jsimpson001@icloud.com> |
| **Sent:** | Tuesday, March 25, 2025 6:58 PM |
| **To:** | Koevary, Jonathan T.; Leslie Thorne; Allen Schwartz; robert lorenclaw.com |
| **Subject:** | The threatening letter you sent to Robert |

Why don't you address my points to the court one by one instead of threatening him?  That's all you and your client do is threaten people, you never have any merit and that's why you are crooks.   Why do we do a conference call we could address every single item?   You see we can't do that because your client scared to speak with me because they're scared to death of the truth.  So you will retract your letter and pull back your threats or do it in the face of the court because you're nothing but a coward. You see you, Thorne and Schwartz  are all subject to sanctions for lying explicitly to all of the courts.   Your clients do too under sworn testimony.  You see I don't have allegations , I have facts

Or we could schedule a call right now, to talk through the issues that you clearly have no response to like usual other than just rhetoric that is nonsense litigator talk.   Again, you should be ashamed of yourself for being who you are as a human just like your clients, to conduct their malfeasance for money.

Jeffrey Simpson

Sent from my iPhone