UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC, and JJ ARCH,

                          Plaintiffs,

-against-

JARED CHASSEN; FIRST REPUBLIC BANK,

                          Defendants.

1:25-CV-2372 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 25, 2025, the Court directed Plaintiff Simpson, within 30 days, to submit a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the $405 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff Simpson has not filed an IFP application or paid the fees. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Court denies all pending motions and requests as moot, and remands this action to the New York Supreme Court, New York County.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order and remanding this action to the New York Supreme Court, New York County.

2

      The Court also directs the Clerk of Court to mail a copy of this order and the accompanying judgment to the Clerk of the New York Supreme Court, New York County, at 60 Centre Street, New York, New York 10007.

SO ORDERED.

Dated:   April 25, 2025
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge