UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY SIMPSON, individually and derivatively, as managing member of JJ ARCH, suing derivatively as managing member of ARCH REAL ESTATE HOLDINGS LLC, and JJ ARCH,

    Plaintiffs,

-against-

JARED CHASSEN; FIRST REPUBLIC BANK,

    Defendants.

1:25-CV-2372 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 25, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: April 25, 2025
       New York, New York

    /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    Chief United States District Judge