```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Jeffrey Simpson et al.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:25 CV 02372 ( )( )

-against-

**NOTICE OF APPEAL**

Jared Chassen et al.
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Jeffrey Simpson & JJ Arch LLC
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☑ order   entered on: 4/25/25
(date that judgment or order was entered on docket)

that: Removal action dismissed for failure to pay filing fee by 4/24/25
(If the appeal is from an order, provide a brief description above of the decision in the order.)

4/25/25                                      [signature]
Dated                                        Signature*

Simpson, Jeffrey
Name (Last, First, MI)

1055 Park Ave,   New York,   NY,   10028
Address          City         State  Zip Code

646-753-2872                                 jsimpson001@icloud.com
Telephone Number                             E-mail Address (if available)

---

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13