Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**Simpson et al**

Write the full name of each plaintiff or petitioner.

Case No. **1:25-CV-02372**

-against-

Letter re: **see attached**

**Chassen et al**

Write the full name of each defendant or respondent.

**Consolidation per the attached letter dated 5/9/2025**

Dated: 5/9/25

Name: Jeffrey Simpson

Address: 1055 Park Ave, NY, NY 10028

Telephone Number: 646-753-2972

E-mail Address: jsimpson001@icloud.com

# United States District Court
## for the
## Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

Simpson et al

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-02372 (LTS) |
| | **Second Circuit Appeal Case # 25-1087** |
| Chassen et al | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

JJ Arch LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-08649 (JAV) |
| Bankruptcy Appeal | |
| Defendant | |

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Additional Case:

**Chassen et al**

Plaintiff

vs.

**Simpson et al**

Defendant

Case Number

1:25-cv-02373 (JHR)

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

**Great American Insurance Company**

Plaintiff

vs.

**Simpson**

Defendant

Case Number

1:25-CV-02375 (MKV)

IH-32                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                  dismissal, settlement, court decision. Also, state whether there is an appeal
                  pending.)

☐ Open            (If so, set forth procedural status and summarize any court rulings.)

**See Attached**

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature: _____                    Date: 5-9-25
            Jeff Simpson
Firm:      Pro Se